| | |
|---|---|
| REBECCA BLOUNT AND CHERYL MCCULLEY, on behalf of themselves and all others similarly situated,<br><br>               Plaintiffs,<br><br>      v.<br><br>CERNER CORPORATION D/B/A ORACLE HEALTH,<br><br>               Defendant. | Case No. 4:25-cv-00259-BP |

## DEFENDANT CERNER CORPORATION'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant Cerner Corporation discloses the following:

Cerner Corporation is a direct, wholly-owned subsidiary of OC Acquisition LLC, which is a direct, wholly-owned subsidiary of Oracle Corporation. Oracle Corporation has no parent corporation and no publicly held company owns 10% or more of Oracle Corporation's stock.

Dated: May 21, 2025

Respectfully submitted,

*/s/ Patrick Fanning*
Patrick Fanning – MO Bar # 47615
LATHROP GPM LLP
2345 Grand Blvd., Suite 2200
Kansas City, MO 64108-2618
Tel: (816) 460-5416
patrick.fanning@lathropgpm.com

*Counsel for Defendant*

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 21, 2025 the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

*/s/ Patrick Fanning*
Patrick Fanning
