# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| IN RE: CERNER/ORACLE DATA BREACH LITIGATION. | )<br>)<br>) |
| REBECCA BLOUNT and<br>CHERYL McCULLEY,<br><br>        Plaintiffs,<br><br>v.<br><br>CERNER CORP., d/b/a Oracle Health,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)   No. 25-00259-CV-W-BP<br>)<br>)<br>)<br>)<br>) |
| EMILY COULTER,<br><br>        Plaintiff,<br><br>v.<br><br>CERNER CORP. and<br>TALLAHASSEE MEMORIAL<br>HEALTHCARE, INC.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)   No. 25-00560-CV-C-BP<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER CONSOLIDATING CASES

The cases identified above share common questions of fact and law. Pursuant to Rule 42 of the Federal Rules of Civil Procedure, and consistent with previous Orders consolidating other similar cases, the Court deems it appropriate to consolidate them, at least for all pretrial purposes.

All future filings shall be made ***only*** in the lowest numbered case, Case No. 25-00259-CV-W-BP. Future filings should utilize the caption "In re: Cerner/Oracle Data Breach Litigation" instead of listing the captions for all the cases, or the caption(s) for the case(s) to which the filing applies. If a filing relates to only some of the cases, the filing party shall indicate the cases to which the filing relates in the caption under the Case Number.

Finally, the deadline for filing an Answer or otherwise responding to the Complaint is stayed pending further Order of the Court.

**IT IS SO ORDERED.**

Date: July 21, 2025

/s/ Beth Phillips
BETH PHILLIPS, CHIEF JUDGE
UNITED STATES DISTRICT COURT