**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

IN RE: CERNER/ORACLE DATA BREACH )     Case No. 25-00259-CV-W-BP
LITIGATION.                                                    )

## <u>CERTIFICATE OF SERVICE</u>

Pursuant to Local Rule 26.3(b), Plaintiffs hereby certify that on October 7, 2025, they

served Plaintiffs' First Set of Interrogatories to Defendant Cerner Corporation D/B/A Oracle

Health and Plaintiffs' First Set of Requests for Production to Defendant Cerner Corporation D/B/A

Oracle Health via email to Defendant Cerner Corporation's counsel of record:

> Alan Schoenfeld
> Thomas Michael Oates
> **Wilmer Cutler Pickering Hale and Dorr LLP**
> 7 World Trade Center
> 250 Greenwich Street
> New York, NY 10007
> alan.schoenfeld@wilmerhale.com
> tom.oates@wilmerhale.com
>
> Patrick Nathaniel Fanning
> **Lathrop GPM LLP**
> 2345 Grand Avenue, Suite 2200
> Kansas City, MO 64108-2618
> patrick.fanning@lathropgpm.com
>
> Benjamin D. Jackson
> John Keeling Baker
> **Mitchell, Williams, Selig, Gates & Woodyard PLLC**
> 425 West Capitol Avenue, Suite 1800
> Little Rock, AR 72201
> bjackson@mwlaw.com
> jbaker@mwlaw.com
>
> Elizabeth Esparza
> **Mitchell, Williams, Selig, Gates & Woodyard PLLC**
> 4206 South J.B. Hunt Drive, Suite 200
> Rogers, AR 72758
> eesparza@mwlaw.com

Dated: October 7, 2025

Respectfully submitted,

*/s/ Norman E. Siegel*
Norman E. Siegel, MO #33378
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
(816) 714-7100
vahle@stuevesiegel.com
siegel@stuevesiegel.com

Tyler W. Hudson
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
(816) 701-1177
thudson@wcllp.com

Lynn A. Toops
**COHENMALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, IN 46204
(317) 636-6481
ltoops@cohenmalad.com

Thomas E. Loeser
**COTCHETT PITRE & MCCARTHY LLP**
1809 7th Avenue, Suite 1610
Seattle, WA 98101
(206) 802-1272
tloeser@cpmlegal.com

*Co-Lead Interim Class Counsel*

2