# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI

IN RE: CERNER/ORACLE DATA BREACH )
LITIGATION. )
_____ )
REBECCA BLOUNT and )
CHERYL McCULLEY, )
                              Plaintiffs, )
v. )    No. 25-00259-CV-W-BP
CERNER CORP., d/b/a Oracle Health, )
                              Defendant. )
_____ )

## CLERK'S ORDER OF DISMISSAL

On the 16th day of October 2025, a Notice of Voluntary Dismissal of Plaintiff David Wolman was filed herein,

IT IS ORDERED that Plaintiff David Wolman's claims against Defendants Baptist Health South Florida, Inc. and Cerner Corporation in the above captioned action without prejudice.
.

                                          AT THE DIRECTION OF THE COURT

                                          Paige Wymore-Wynn, Clerk of Court
                                              **/s/ Shauna Murphy-Carr**
                                                     Deputy Clerk

Date:   October 21, 2025