IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| IN RE: CERNER/ORACLE DATA BREACH LITIGATION | ) Case No. 25-cv-00259-CV-W-BP ) |

**DEFENDANTS' UNOPPOSED MOTION TO EXTEND DEADLINES AND EXCEED PAGE LIMITS FOR SUGGESTIONS IN SUPPORT AND OPPOSITION TO MOTION TO DISMISS**

In accordance with Local Rules 7.0(d) and 16.3, Defendants who have been served[1] and named in the November 7, 2025, Consolidated Class Action Complaint respectfully move the Court to extend the deadlines set in the Court's September 16, 2025, Interim Scheduling Order for the Parties' Motion to Dismiss briefing, as well as the page limitations for the Parties' supporting, opposing, and reply suggestions.

Defendants respectfully request that the Court modify the briefing schedule to allow Defendants named in the Consolidated Class Action Complaint to file Answers or Motions to Dismiss on or before January 16, 2026; Plaintiffs to respond on or before March 3, 2026; and Defendants to reply on or before March 31, 2026.

Defendants further respectfully request that the Court allow for the following extensions to the page limitations set by Local Rule 7.0(d), excluding the portions of the Parties' briefs exempted from page limitations under Local Rule 7.0(d)(2):

- **Supporting Suggestions.** 40 pages for suggestions in support of Defendant Cerner Corporation's Motion to Dismiss, and 40 pages for omnibus suggestions in support

---

[1] Defendants Cerner Corporation, Albany Med Health System, Arkansas Heart Hospital, LLC, Baptist Health South Florida, Inc., Glens Falls Hospital, Heartland Regional Medical Center d/b/a Mosaic Life Care, Inc., LifeBridge Health, Inc., Tallahassee Memorial Healthcare, Inc., and Union Health System, Inc.

of the currently served healthcare provider Defendants Heartland Regional Medical Center d/b/a Mosaic Life Care, Inc., Tallahassee Memorial Healthcare, Inc, Union Health System, Inc., Albany Med Health System, Glens Falls Hospital, Baptist Health South Florida, Inc., LifeBridge Health, Inc. and Arkansas Heart Hospital, LLC's ("Provider Defendants") Motions to Dismiss, with up to five additional pages for each Provider Defendant to address any non-repetitive issues unique to that individual Provider Defendant.

- **Opposing Suggestions.** 40 pages for suggestions in opposition to Cerner's Motion to Dismiss, and 40 pages for omnibus suggestions in opposition to the Provider Defendants' Motions to Dismiss, with up to five additional pages as to each Provider Defendant to address any non-repetitive issues unique to that individual Provider Defendant.

- **Reply Suggestions.** 20 pages for reply suggestions in support of Cerner's Motion to Dismiss, and 20 pages for omnibus reply suggestions in support of the Provider Defendants' Motions to Dismiss, with up to 3 additional pages for each Provider Defendant to address any non-repetitive issues unique to that individual Provider Defendant.

In support of this Joint Motion, the Defendants state:

1. Plaintiffs filed the Consolidated Class Action Complaint ("Complaint") on November 7, 2025 (Doc. 93).

2. The 157-page, 759-paragraph Complaint names 23 individual Plaintiffs and asserts 23 state law claims against Cerner and 10 individual Provider Defendants on behalf of a nationwide class and three sets of subclasses.

3. Pursuant to the Court's September 16, 2025, Interim Scheduling Order, "Defendants named in the Consolidated Complaint shall Answer or file Motions to Dismiss the Consolidated Complaint on or before December 12, 2025. Plaintiffs shall respond on or before January 13, 2026, and Defendants shall have until and including February 14, 2026, to file Reply Suggestions." Doc. 59 at 3.

4. Local Rule 7.0(d) prescribes a 15-page limit for suggestions supporting and opposing a motion to dismiss, and a 10-page limit for reply suggestions, excluding the portions of the briefs exempted from the page limitations under Local Rule 7.0(d)(2).

5. Given the length of the Complaint, the number of claims, and the number allegations specific to individual Plaintiffs and Defendants, Defendants have determined they will reasonably require additional time and additional pages to provide the Court with the complete analysis in support of their motions to dismiss Plaintiffs' claims against Cerner and the Provider Defendants. Defendants have conferred with Plaintiffs, who consent to the proposed schedule and enlargement of pages provided that Plaintiffs receive a like number of pages to oppose the motions.

6. The Parties have conferred regarding the requested extensions to the briefing schedule and page limitations and agree that the requested extensions to the briefing schedule will not alter the pace of ongoing discovery.

WHEREFORE, Defendants, with consent of the Plaintiffs, respectfully ask the Court to grant this Joint Motion and enter an order extending the Parties' briefing deadlines and default page limitations pursuant to Local Rules 7.0(d) and 16.3 as follows:

|  | **Current** | **Requested** |
|---|---|---|
| Defendants' deadline to respond to the Complaint | December 12, 2025 | January 16, 2026 |
| Plaintiffs' deadline to respond to Defendants' Motions to Dismiss | January 13, 2026 | March 3, 2026 |
| Defendants' deadline to reply in support of Motions to Dismiss | February 14, 2026 | March 31, 2026 |
| Page limitations for Defendants' suggestions in support | 15 pages | 40 pages for Cerner and 40 pages for Provider Defendants, plus up to 5 additional pages for each Provider Defendant to address any non-repetitive issues unique to that individual Provider Defendant |
| Page limitations for Plaintiffs' suggestions in opposition | 15 pages | 40 pages for Cerner's motion and 40 pages for Provider Defendants' motions, plus up to 5 additional pages as to each Provider Defendant to address any non-repetitive issues unique to that individual Provider Defendant |
| Page limitations for Defendants' reply suggestions in support | 10 pages | 20 pages for Cerner and 20 pages for Provider Defendants, plus up to 3 additional pages for each Provider Defendant to address any non-repetitive issues unique to that individual Provider Defendant |

Dated: November 25, 2025

Respectfully submitted,

/s/ *Alan Schoenfeld*
Alan Schoenfeld (admitted *pro hac vice*)
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 230-8800
alan.schoenfeld@wilmerhale.com

Patrick Fanning – MO Bar # 47615
LATHROP GPM LLP
2345 Grant Blvd., Suite 2200
Kansas City, MO 6418-2618

Tel: (816) 460-5416
patrick.fanning@lathropgpm.com

*Attorneys for Defendant Cerner Corporation*

/s/ *Elizabeth A. Scully*
Elizabeth A. Scully (admitted *pro hac vice*)
Gilbert S. Keteltas (admitted *pro hac vice*)
**BAKER & HOSTETLER LLP**
1050 Connecticut Avenue N.W., Suite 1100
Washington, DC 20036
Tel: (202) 861-1500
escully@bakerlaw.com
gketeltas@bakerlaw.com

Colby M. Everett #72403 (MO)
**BAKER & HOSTETLER LLP**
1801 California Street, Suite 4400
Denver, CO 80202
Tel: (303) 861-0600
ceverett@bakerlaw.com

*Attorneys for Defendants Heartland Regional Medical Center d/b/a Mosaic Life Care, Inc., Tallahassee Memorial Healthcare, Inc, Union Health System, Inc., Albany Med Health System, Glens Falls Hospital, and Baptist Health South Florida, Inc.*

/s/ *Timothy J. Lowe*
Timothy J. Lowe
**McDONALD HOPKINS LLC**
39533 Woodward Ave., Suite 318
Bloomfield, MI 48304
Tel: (248) 646-5070
tlowe@mcdonaldhopkins.com

Joy D. McMillen
**LEWIS RICE LLC**
600 Washington Ave., Suite 2500
St. Louis, MO 63101
Tel: (314) 444-7703
jmcmillen@lewisrice.com

*Attorneys for Defendant Arkansas Heart Hospital, LLC*

5