IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| IN RE: CERNER/ORACLE DATA BREACH LITIGATION.<br><br>REBECCA BLOUNT and CHERYL McCULLEY, *et al.*,<br><br>          Plaintiffs,<br>v.<br>CERNER CORP., d/b/a Oracle Health, *et al.*,<br><br>          Defendants. | No. 25-00259-CV-W-BP |

**CLERK'S ORDER OF DISMISSAL**

On the 21st day of November 2025, a Notice of Voluntary Dismissal of Plaintiff Vivian Davis was filed herein,

IT IS ORDERED that Plaintiff Vivian Davis' claims against Defendants Union Health Care System, Inc. and Cerner Corporation d/b/a Oracle Health Inc. in the above captioned action are DISMISSED without prejudice. Each party to bear their own costs and fees.

                                              AT THE DIRECTION OF THE COURT

                                              Paige Wymore-Wynn, Clerk of Court
                                                   **/s/ Shauna Murphy-Carr**
                                                          Deputy Clerk

Date:   December 8, 2025