UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| IN RE: CERNER/ORACLE DATA BREACH LITIGATION | Case No. 25-00259-CV-W-BP<br>**ORAL ARGUMENT REQUESTED** |

**DEFENDANT CERNER CORPORATION'S MOTION TO DISMISS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(1) AND 12(b)(6)**

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendant Cerner Corporation moves this Court to dismiss Plaintiffs' Consolidated Class Action Complaint (ECF No. 93) in its entirety and without leave to amend. This motion is based upon the accompanying Suggestions in Support of this Motion to Dismiss, as well as the Declaration of Alan Schoenfeld and exhibits thereto.

Dated: January 16, 2026

Respectfully submitted,

*/s/ Alan Schoenfeld*
Alan Schoenfeld (*pro hac vice*)
Thomas Oates (*pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800
Alan.Schoenfeld@wilmerhale.com
Tom.Oates@wilmerhale.com

Siddharth Velamoor (*pro hac vice* forthcoming)
WILMER CUTLER PICKERING
HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 663-6000
Siddharth.Velamoor@wilmerhale.com

Katherine Mackey (*pro hac vice* forthcoming)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Katherine.Mackey@wilmerhale.com

Patrick Fanning (MO Bar No. 47615)
LATHROP GPM LLP
2345 Grant Blvd., Suite 2200
Kansas City, MO 6418-2618
Telephone: (816) 460-5416
Patrick.Fanning@lathropgpm.com

**CERTIFICATE OF SERVICE**

I certify that on January 16, 2026, this document was electronically filed through the ECF system and will be sent electronically to all persons identified on the Notice of Electronic Filing.

*/s/ Alan Schoenfeld*
Alan Schoenfeld