# EXHIBIT A

## Exhibit A

| Plaintiff | Plaintiff's state of residence: | Original complaint filed: | Claims asserted: | Brought against the following defendants: | On behalf of the following classes and subclasses: |
|---|---|---|---|---|---|
| Adams, Karen Sue | IN | W.D. Mo. | Negligence; Negligence *Per Se*; Breach of Third-Party Beneficiary Contract; Breach of Implied Contract; Unjust Enrichment; Breach of Confidence; Breach of Fiduciary Duty; Invasion of Privacy; Declaratory Judgment; Violation of the Indiana Deceptive Consumer Sales Act; Violation of the Missouri Merchandising Practices Act (against Oracle only) | Oracle; Union Health | Oracle Health Nationwide Class; Union Health Healthcare Provider Nationwide Subclass; Indiana State Subclasses |
| Bell, Machelle | FL | S.D. Fla. | Negligence; Negligence *Per Se*; Breach of Third-Party Beneficiary Contract; Breach of Implied Contract; Unjust Enrichment; Breach of Confidence; Breach of Fiduciary Duty; Invasion of Privacy; Declaratory Judgment; Violation of the Florida Unfair and Deceptive Trade Practices Act; Violation of the Missouri Merchandising Practices Act (against Oracle only) | Oracle; Baptist Health | Oracle Health Nationwide Class; Baptist Health Healthcare Provider Nationwide Subclass; Florida State Subclasses |

| | | | | | |
|---|---|---|---|---|---|
| Carnahan, Jill Renee | IN | W.D. Mo. | Negligence; Negligence *Per Se*; Breach of Third-Party Beneficiary Contract; Breach of Implied Contract; Unjust Enrichment; Breach of Confidence; Breach of Fiduciary Duty; Invasion of Privacy; Declaratory Judgment; Violation of the Indiana Deceptive Consumer Sales Act; Violation of the Missouri Merchandising Practices Act (against Oracle only) | Oracle; Union Health | Oracle Health Nationwide Class; Union Health Healthcare Provider Nationwide Subclass; Indiana State Subclasses |
| Delaney, Kim | MO | W.D. Mo. | Negligence; Negligence *Per Se*; Breach of Third-Party Beneficiary Contract; Breach of Implied Contract; Unjust Enrichment; Breach of Confidence; Breach of Fiduciary Duty; Invasion of Privacy; Declaratory Judgment; Violation of the Missouri Merchandising Practices Act | Oracle; Mosaic | Oracle Health Nationwide Class; Mosaic Healthcare Provider Nationwide Subclass; Missouri State Subclasses |
| Evans, Jason Phillip | MO | W.D. Mo. | Negligence; Negligence *Per Se*; Breach of Third-Party Beneficiary Contract; Breach of Implied Contract; Unjust Enrichment; Breach of Confidence; | Oracle; Mosaic | Oracle Health Nationwide Class; Mosaic Healthcare Provider Nationwide Subclass; Missouri State Subclasses |

| | | | | | |
|---|---|---|---|---|---|
| | | | Breach of Fiduciary Duty;<br>Invasion of Privacy;<br>Declaratory Judgment;<br>Violation of the Missouri Merchandising Practices Act | | |
| Fox, Rebecca D. | NY | C.D. Cal. | Negligence;<br>Negligence *Per Se*;<br>Breach of Third-Party Beneficiary Contract;<br>Breach of Implied Contract;<br>Unjust Enrichment;<br>Breach of Confidence;<br>Breach of Fiduciary Duty;<br>Invasion of Privacy;<br>Declaratory Judgment;<br>Violation of the California Consumer Privacy Act;<br>Violation of the California Confidentiality of Medical Information Act;<br>Violation of the California Customer Records Act;<br>Violation of the California Unfair Competition Law;<br>Violation of the California Privacy Rights Act; Violation of the New York Deceptive Trade Practices Act (against Oracle); Violation of the Missouri Merchandising Practices Act (against Oracle only) | Oracle;<br>Huntington | Oracle Health Nationwide Class;<br>Huntington Health Healthcare Provider Nationwide Subclass;<br>Oracle Health New York State Subclasses |
| Greeno, Dillon | NY | N.D.N.Y. | Negligence;<br>Negligence *Per Se*;<br>Breach of Third-Party Beneficiary Contract;<br>Breach of Implied Contract;<br>Unjust Enrichment; | Oracle;<br>Glens Falls;<br>Albany Med | Oracle Health Nationwide Class;<br>Albany Med and Glens Falls Healthcare Provider Nationwide |

| | | | | | |
|---|---|---|---|---|---|
| | | | Breach of Confidence;<br>Breach of Fiduciary Duty;<br>Invasion of Privacy;<br>Declaratory Judgment;<br>Violation of the New York Deceptive Trade Practices Act; Violation of the Missouri Merchandising Practices Act (against Oracle only) | | Subclasses; New York State Subclasses |
| Holcomb, Heidi | NY | W.D. Mo. | Negligence;<br>Negligence *Per Se*;<br>Breach of Third-Party Beneficiary Contract;<br>Breach of Implied Contract;<br>Unjust Enrichment;<br>Breach of Confidence;<br>Breach of Fiduciary Duty;<br>Invasion of Privacy;<br>Declaratory Judgment;<br>Violation of the New York Deceptive Trade Practices Act; Violation of the Missouri Merchandising Practices Act (against Oracle only) | Oracle;<br>Glens Falls;<br>Albany Med | Oracle Health Nationwide Class; Albany Med and Glens Falls Healthcare Provider Nationwide Subclasses; New York State Subclasses |
| King, Marlene | NY | N.D.N.Y. | Negligence;<br>Negligence *Per Se*;<br>Breach of Third-Party Beneficiary Contract;<br>Breach of Implied Contract;<br>Unjust Enrichment;<br>Breach of Confidence;<br>Breach of Fiduciary Duty;<br>Invasion of Privacy;<br>Declaratory Judgment;<br>Violation of the New York Deceptive Trade Practices Act; Violation of the Missouri | Oracle;<br>Glens Falls;<br>Albany Med | Oracle Health Nationwide Class; Albany Med and Glens Falls Healthcare Provider Nationwide Subclasses;<br>New York State Subclasses |

| | | | | | |
|---|---|---|---|---|---|
| | | | Merchandising Practices Act (against Oracle only) | | |
| Lewis, Alyson Brooke | FL | S.D. Fla. | Negligence;<br>Negligence *Per Se*;<br>Breach of Third-Party Beneficiary Contract;<br>Breach of Implied Contract;<br>Unjust Enrichment;<br>Breach of Confidence;<br>Breach of Fiduciary Duty;<br>Invasion of Privacy;<br>Declaratory Judgment;<br>Violation of the Florida Unfair and Deceptive Trade Practices Act; Violation of the Missouri Merchandising Practices Act (against Oracle only) | Oracle;<br>Baptist Health | Oracle Health Nationwide Class;<br>Baptist Health Healthcare Provider Nationwide Subclass;<br>Florida State Subclasses |
| Magliozzi, Christian | CA | C.D. Cal. | Negligence;<br>Negligence *Per Se*;<br>Breach of Third-Party Beneficiary Contract;<br>Breach of Implied Contract;<br>Unjust Enrichment;<br>Breach of Confidence;<br>Breach of Fiduciary Duty;<br>Invasion of Privacy;<br>Declaratory Judgment;<br>Violation of the California Consumer Privacy Act;<br>Violation of the California Confidentiality of Medical Information Act;<br>Violation of the California Customer Records Act;<br>Violation of the California Unfair Competition Law; | Oracle;<br>Huntington | Oracle Health Nationwide Class;<br>Huntington Health Healthcare Provider Nationwide Subclass;<br>California State Subclasses |

| | | | | | |
|---|---|---|---|---|---|
| | | | Violation of the California Privacy Rights Act; Violation of the Missouri Merchandising Practices Act (against Oracle only) | | |
| Melvin, Lois | IN | W.D. Mo. | Negligence;<br>Negligence *Per Se*;<br>Breach of Third-Party Beneficiary Contract;<br>Breach of Implied Contract;<br>Unjust Enrichment;<br>Breach of Confidence;<br>Breach of Fiduciary Duty;<br>Invasion of Privacy;<br>Declaratory Judgment;<br>Violation of the Indiana Deceptive Consumer Sales Act; Violation of the Missouri Merchandising Practices Act (against Oracle only) | Oracle;<br>Union Health | Oracle Health Nationwide Class;<br>Union Health Healthcare Provider Nationwide Subclass;<br>Indiana State Subclasses |
| Morgan, Karen Anne | NY | N.D.N.Y. | Negligence;<br>Negligence *Per Se*;<br>Breach of Third-Party Beneficiary Contract;<br>Breach of Implied Contract;<br>Unjust Enrichment;<br>Breach of Confidence;<br>Breach of Fiduciary Duty;<br>Invasion of Privacy;<br>Declaratory Judgment;<br>Violation of the New York Deceptive Trade Practices Act; Violation of the Missouri Merchandising Practices Act (against Oracle only) | Oracle;<br>Glens Falls;<br>Albany Med | Oracle Health Nationwide Class;<br>Albany Med and Glens Falls Healthcare Provider Nationwide Subclasses; New York State Subclasses |

| | | | | | |
|---|---|---|---|---|---|
| Rangel, German | AZ | C.D. Cal. | Negligence; Negligence *Per Se*; Breach of Third-Party Beneficiary Contract; Breach of Implied Contract; Unjust Enrichment; Breach of Confidence; Breach of Fiduciary Duty; Invasion of Privacy; Declaratory Judgment; Violation of the California Consumer Privacy Act; Violation of the California Confidentiality of Medical Information Act; Violation of the California Customer Records Act; Violation of the California Unfair Competition Law; Violation of the California Privacy Rights Act; Violation of the Missouri Merchandising Practices Act (against Oracle only); Violation of the Arizona Consumer Fraud Act (against Oracle only) | Oracle; Huntington | Oracle Health Nationwide Class; Huntington Health Healthcare Provider Nationwide Subclass; Oracle Health Arizona State Subclasses |
| Sanders, Kelly Michele | MO | W.D. Mo. | Negligence; Negligence *Per Se*; Breach of Third-Party Beneficiary Contract; Breach of Implied Contract; Unjust Enrichment; Breach of Confidence; Breach of Fiduciary Duty; Invasion of Privacy; Declaratory Judgment; Violation of the Missouri Merchandising Practices Act | Oracle; Mosaic | Oracle Health Nationwide Class; Mosaic Healthcare Provider Nationwide Subclass; Missouri State Subclasses |

| | | | | | |
|---|---|---|---|---|---|
| Sheward, Paula | FL | N.D. Fla. | Negligence; Negligence *Per Se*; Breach of Third-Party Beneficiary Contract; Breach of Implied Contract; Unjust Enrichment; Breach of Confidence; Breach of Fiduciary Duty; Invasion of Privacy; Declaratory Judgment; Violation of the Florida Unfair and Deceptive Trade Practices Act; Violation of the Missouri Merchandising Practices Act (against Oracle only) | Oracle; Tallahassee Memorial | Oracle Health Nationwide Class; Tallahassee Memorial Healthcare Provider Nationwide Subclasses; Florida State Subclasses |
| Smith, Shannon | IN | W.D. Mo. | Negligence; Negligence *Per Se*; Breach of Third-Party Beneficiary Contract; Breach of Implied Contract; Unjust Enrichment; Breach of Confidence; Breach of Fiduciary Duty; Invasion of Privacy; Declaratory Judgment; Violation of the Indiana Deceptive Consumer Sales Act; Violation of the Missouri Merchandising Practices Act (against Oracle only) | Oracle; Union Health | Oracle Health Nationwide Class; Union Health Healthcare Provider Nationwide Subclass; Indiana State Subclasses |
| Taylor, James | IN | W.D. Mo. | Negligence; Negligence *Per Se*; Breach of Third-Party Beneficiary Contract; Breach of Implied Contract; Unjust Enrichment; Breach of Confidence; | Oracle; Union Health | Oracle Health Nationwide Class; Union Health Healthcare Provider Nationwide Subclass; Indiana State Subclasses |

| | | | | | |
|---|---|---|---|---|---|
| | | | Breach of Fiduciary Duty;<br>Invasion of Privacy;<br>Declaratory Judgment;<br>Violation of the Indiana Deceptive Consumer Sales Act; Violation of the Missouri Merchandising Practices Act (against Oracle only) | | |
| Tripp, Laura Elizabeth | AR | Circuit Court of Pope County, Arkansas | Negligence;<br>Negligence *Per Se*;<br>Breach of Third-Party Beneficiary Contract;<br>Breach of Implied Contract;<br>Unjust Enrichment;<br>Breach of Confidence;<br>Breach of Fiduciary Duty;<br>Invasion of Privacy;<br>Declaratory Judgment;<br>Violation of the Arkansas Deceptive Trade Practices Act; Violation of the Missouri Merchandising Practices Act (against Oracle only) | Oracle;<br>Arkansas Heart | Oracle Health Nationwide Class;<br>Arkansas Heart Healthcare Provider Nationwide Subclass;<br>Arkansas State Subclasses |
| Tripp, Ronald | AR | Circuit Court of Pope County, Arkansas | Negligence;<br>Negligence *Per Se*;<br>Breach of Third-Party Beneficiary Contract;<br>Breach of Implied Contract;<br>Unjust Enrichment;<br>Breach of Confidence;<br>Breach of Fiduciary Duty;<br>Invasion of Privacy;<br>Declaratory Judgment;<br>Violation of the Arkansas Deceptive Trade Practices Act; Violation of the Missouri Merchandising Practices Act (against Oracle only) | Oracle;<br>Arkansas Heart | Oracle Health Nationwide Class;<br>Arkansas Heart Healthcare Provider Nationwide Subclass;<br>Arkansas State Subclasses |

| | | | | | |
|---|---|---|---|---|---|
| Walker, Jerry | MT | D. Mont. | Negligence; Negligence *Per Se*; Breach of Third-Party Beneficiary Contract; Breach of Implied Contract; Unjust Enrichment; Breach of Confidence; Breach of Fiduciary Duty; Invasion of Privacy; Declaratory Judgment; Violation the Montana Data Breach Notification Law; Violation the Montana Consumer Protection Act; Violation of the Montana Uniform Health Care Information Act; Violation of the Missouri Merchandising Practices Act (against Oracle only) | Oracle; Sapphire | Oracle Health Nationwide Class; Sapphire Community Health Healthcare Provider Nationwide Subclass; Montana State Subclasses |
| Woolard, Gerri | IN | W.D. Mo. | Negligence; Negligence *Per Se*; Breach of Third-Party Beneficiary Contract; Breach of Implied Contract; Unjust Enrichment; Breach of Confidence; Breach of Fiduciary Duty; Invasion of Privacy; Declaratory Judgment; Violation of the Indiana Deceptive Consumer Sales Act; Violation of the Missouri Merchandising Practices Act (against Oracle only) | Oracle; Union Health | Oracle Health Nationwide Class; Union Health Healthcare Provider Nationwide Subclass; Indiana State Subclasses |
| Wright, Tracy | MD | D. Md. | Negligence; Negligence *Per Se*; | Oracle; LifeBridge Health | Oracle Health Nationwide Class; |

| | | | | | |
|---|---|---|---|---|---|
| | | | Breach of Third-Party Beneficiary Contract;<br>Breach of Implied Contract;<br>Unjust Enrichment;<br>Breach of Confidence;<br>Breach of Fiduciary Duty;<br>Invasion of Privacy;<br>Declaratory Judgment;<br>Violation of the Missouri Merchandising Practices Act (against Oracle only) | | LifeBridge Health Healthcare Provider Nationwide Subclass;<br>Maryland State Subclasses |