# EXHIBIT B

## Exhibit B

| HPD | State of Incorporation | Principal place of business : | Plaintiff(s) that filed claims against the HPD: | Claims filed by the plaintiff against the HPD: | Court where plaintiff originally filed claims against HPD: |
|---|---|---|---|---|---|
| **Albany Med Glens Falls** | NY | NY | Dillon Greeno (NY) | Negligence;<br>Negligence *Per Se*;<br>Breach of Third-Party Beneficiary Contract;<br>Breach of Implied Contract;<br>Unjust Enrichment;<br>Breach of Confidence;<br>Breach of Fiduciary Duty;<br>Invasion of Privacy;<br>Declaratory Judgment;<br>Violation of the New York Deceptive Trade Practices Act | N.D.N.Y. |
| | | | Heidi Holcomb (NY) | Negligence;<br>Negligence *Per Se*;<br>Breach of Third-Party Beneficiary Contract;<br>Breach of Implied Contract;<br>Unjust Enrichment;<br>Breach of Confidence;<br>Breach of Fiduciary Duty;<br>Invasion of Privacy;<br>Declaratory Judgment;<br>Violation of the New York Deceptive Trade Practices Act | W.D. Mo. |
| | | | Marlene King (NY) | Negligence;<br>Negligence *Per Se*;<br>Breach of Third-Party Beneficiary Contract;<br>Breach of Implied Contract;<br>Unjust Enrichment;<br>Breach of Confidence; | N.D.N.Y. |

| | | | | | |
|---|---|---|---|---|---|
| | | | | Breach of Fiduciary Duty;<br>Invasion of Privacy;<br>Declaratory Judgment;<br>Violation of the New York Deceptive Trade Practices Act | |
| | | | Karen Anne Morgan (NY) | Negligence;<br>Negligence *Per Se*;<br>Breach of Third-Party Beneficiary Contract;<br>Breach of Implied Contract;<br>Unjust Enrichment;<br>Breach of Confidence;<br>Breach of Fiduciary Duty;<br>Invasion of Privacy;<br>Declaratory Judgment;<br>Violation of the New York Deceptive Trade Practices Act | N.D.N.Y. |
| **Arkansas Heart** | AR (Plaintiffs incorrectly allege NC) | AR | Laura Elizabeth Tripp (AR) | Negligence;<br>Negligence *Per Se*;<br>Breach of Third-Party Beneficiary Contract;<br>Breach of Implied Contract;<br>Unjust Enrichment;<br>Breach of Confidence;<br>Breach of Fiduciary Duty;<br>Invasion of Privacy;<br>Declaratory Judgment;<br>Violation of the Arkansas Deceptive Trade Practices Act | Circuit Court of Pope County, Arkansas |
| | | | Ronald Mark Tripp (AR) | Negligence;<br>Negligence *Per Se*;<br>Breach of Third-Party Beneficiary Contract;<br>Breach of Implied Contract;<br>Unjust Enrichment;<br>Breach of Confidence;<br>Breach of Fiduciary Duty;<br>Invasion of Privacy; | Circuit Court of Pope County, Arkansas |

| | | | | | |
|---|---|---|---|---|---|
| | | | | Declaratory Judgment;<br>Violation of the Arkansas Deceptive Trade Practices Act | |
| **Baptist Health** | FL | FL | Machelle Bell (FL) | Negligence;<br>Negligence *Per Se*;<br>Breach of Third-Party Beneficiary Contract;<br>Breach of Implied Contract;<br>Unjust Enrichment;<br>Breach of Confidence;<br>Breach of Fiduciary Duty;<br>Invasion of Privacy;<br>Declaratory Judgment;<br>Violation of the Florida Unfair and Deceptive Trade Practices Act | S.D. Fla. |
| | | | Alyson Brooke Lewis (FL) | Negligence;<br>Negligence *Per Se*;<br>Breach of Third-Party Beneficiary Contract;<br>Breach of Implied Contract;<br>Unjust Enrichment;<br>Breach of Confidence;<br>Breach of Fiduciary Duty;<br>Invasion of Privacy;<br>Declaratory Judgment;<br>Violation of the Florida Unfair and Deceptive Trade Practices Act | S.D. Fla. |
| **Huntington** | CA | CA | Rebecca D. Fox (NY) | Negligence;<br>Negligence *Per Se*;<br>Breach of Third-Party Beneficiary Contract;<br>Breach of Implied Contract;<br>Unjust Enrichment;<br>Breach of Confidence;<br>Breach of Fiduciary Duty;<br>Invasion of Privacy;<br>Declaratory Judgment; | C.D. Cal. |

| | | | | | |
|---|---|---|---|---|---|
| | | | | Violation of the California Consumer Privacy Act;<br>Violation of the California Confidentiality of Medical Information Act;<br>Violation of the California Customer Records Act;<br>Violation of the California Unfair Competition Law;<br>Violation of the California Privacy Rights Act | |
| | | | Christian Magliozzi (CA) | Negligence;<br>Negligence *Per Se*;<br>Breach of Third-Party Beneficiary Contract;<br>Breach of Implied Contract;<br>Unjust Enrichment;<br>Breach of Confidence;<br>Breach of Fiduciary Duty;<br>Invasion of Privacy;<br>Declaratory Judgment;<br>Violation of the California Consumer Privacy Act;<br>Violation of the California Confidentiality of Medical Information Act;<br>Violation of the California Customer Records Act;<br>Violation of the California Unfair Competition Law;<br>Violation of the California Privacy Rights Act | C.D. Cal. |
| | | | German Rangel (AZ) | Negligence;<br>Negligence *Per Se*;<br>Breach of Third-Party Beneficiary Contract;<br>Breach of Implied Contract;<br>Unjust Enrichment;<br>Breach of Confidence;<br>Breach of Fiduciary Duty; | C.D. Cal. |

| | | | | | |
|---|---|---|---|---|---|
| | | | | Invasion of Privacy;<br>Declaratory Judgment;<br>Violation of the California Consumer Privacy Act;<br>Violation of the California Confidentiality of Medical Information Act;<br>Violation of the California Customer Records Act;<br>Violation of the California Unfair Competition Law;<br>Violation of the California Privacy Rights Act | |
| **LifeBridge** | MD | MD | Tracy Wright (MD) | Negligence;<br>Negligence *Per Se*;<br>Breach of Third-Party Beneficiary Contract;<br>Breach of Implied Contract;<br>Unjust Enrichment;<br>Breach of Confidence;<br>Breach of Fiduciary Duty;<br>Invasion of Privacy;<br>Declaratory Judgment | D. Md. |
| **Mosaic** | MO | MO | Kim Delaney (MO) | Negligence;<br>Negligence *Per Se*;<br>Breach of Third-Party Beneficiary Contract;<br>Breach of Implied Contract;<br>Unjust Enrichment;<br>Breach of Confidence;<br>Breach of Fiduciary Duty;<br>Invasion of Privacy;<br>Declaratory Judgment;<br>Violation of the Missouri Merchandising Practices Act | W.D. Mo. |
| | | | Jason Phillip Evans (MO) | Negligence;<br>Negligence *Per Se*;<br>Breach of Third-Party Beneficiary Contract;<br>Breach of Implied Contract; | W.D. Mo. |

| | | | | | |
|---|---|---|---|---|---|
| | | | | Unjust Enrichment;<br>Breach of Confidence;<br>Breach of Fiduciary Duty;<br>Invasion of Privacy;<br>Declaratory Judgment;<br>Violation of the Missouri Merchandising Practices Act | |
| | | | Kelly Michele Sanders (MO) | Negligence;<br>Negligence *Per Se*;<br>Breach of Third-Party Beneficiary Contract;<br>Breach of Implied Contract;<br>Unjust Enrichment;<br>Breach of Confidence;<br>Breach of Fiduciary Duty;<br>Invasion of Privacy;<br>Declaratory Judgment;<br>Violation of the Missouri Merchandising Practices Act | W.D. Mo. |
| **Tallahassee Memorial** | FL | FL | Paula Sheward (FL) | Negligence;<br>Negligence *Per Se*;<br>Breach of Third-Party Beneficiary Contract;<br>Breach of Implied Contract;<br>Unjust Enrichment;<br>Breach of Confidence;<br>Breach of Fiduciary Duty;<br>Invasion of Privacy;<br>Declaratory Judgment;<br>Violation of the Florida Unfair and Deceptive Trade Practices Act | N.D. Fla. |
| **Union Health** | IN | IN | Karen Sue Adams (IN) | Negligence;<br>Negligence *Per Se*;<br>Breach of Third-Party Beneficiary Contract;<br>Breach of Implied Contract;<br>Unjust Enrichment;<br>Breach of Confidence;<br>Breach of Fiduciary Duty; | W.D. Mo. |

| | | | | | |
|---|---|---|---|---|---|
| | | | | Invasion of Privacy;<br>Declaratory Judgment;<br>Violation of the Indiana Deceptive Consumer Sales Act | |
| | | | Jill Renee Carnahan (IN) | Negligence;<br>Negligence *Per Se*;<br>Breach of Third-Party Beneficiary Contract;<br>Breach of Implied Contract;<br>Unjust Enrichment;<br>Breach of Confidence;<br>Breach of Fiduciary Duty;<br>Invasion of Privacy;<br>Declaratory Judgment;<br>Violation of the Indiana Deceptive Consumer Sales Act | W.D. Mo. |
| | | | Lois Melvin (IN) | Negligence;<br>Negligence *Per Se*;<br>Breach of Third-Party Beneficiary Contract;<br>Breach of Implied Contract;<br>Unjust Enrichment;<br>Breach of Confidence;<br>Breach of Fiduciary Duty;<br>Invasion of Privacy;<br>Declaratory Judgment;<br>Violation of the Indiana Deceptive Consumer Sales Act | W.D. Mo. |
| | | | Shannon Smith (IN) | Negligence;<br>Negligence *Per Se*;<br>Breach of Third-Party Beneficiary Contract;<br>Breach of Implied Contract;<br>Unjust Enrichment;<br>Breach of Confidence;<br>Breach of Fiduciary Duty;<br>Invasion of Privacy; | W.D. Mo. |

| | | | | | |
|---|---|---|---|---|---|
| | | | | Declaratory Judgment;<br>Violation of the Indiana Deceptive Consumer Sales Act | |
| | | | James Taylor (IN) | Negligence;<br>Negligence *Per Se*;<br>Breach of Third-Party Beneficiary Contract;<br>Breach of Implied Contract;<br>Unjust Enrichment;<br>Breach of Confidence;<br>Breach of Fiduciary Duty;<br>Invasion of Privacy;<br>Declaratory Judgment;<br>Violation of the Indiana Deceptive Consumer Sales Act | |
| | | | Gerri Woolard (IN) | Negligence;<br>Negligence *Per Se*;<br>Breach of Third-Party Beneficiary Contract;<br>Breach of Implied Contract;<br>Unjust Enrichment;<br>Breach of Confidence;<br>Breach of Fiduciary Duty;<br>Invasion of Privacy;<br>Declaratory Judgment;<br>Violation of the Indiana Deceptive Consumer Sales Act | W.D. Mo. |