# EXHIBIT C

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | |
|---|---|
| IN RE: CERNER/ORACLE DATA BREACH LITIGATION | Case No. 25-00259-CV-W-BP |

**DECLARATION OF JENNIFER B. COHEN IN SUPPORT OF HEALTHCARE PROVIDER DEFENDANTS' SUGGESTIONS IN SUPPORT OF THEIR MOTION TO DISMISS**

I, Jennifer B. Cohen, declare as follows:

1. I am an adult over the age of 18 and a resident of Pennsylvania. I have personal knowledge of the facts set forth in this declaration, and if called upon as a witness, I could and would testify competently as to the matters below. I submit this declaration in support of the Healthcare Provider Defendants' Suggestions in Support of Their Motion to Dismiss.

2. I am currently employed as Senior Associate General Counsel and Interim Privacy Officer for Sinai Hospital of Baltimore, Inc. ("Sinai"), a wholly owned subsidiary of LifeBridge Health ("LifeBridge") and have been employed by Sinai since March 11, 2019. My knowledge is based on information I have learned in the course of my work, including my review of LifeBridge's documents and records, and my communications with others at LifeBridge.

3. In March 2025, Oracle Health, formerly Cerner Corporation, ("Cerner") informed LifeBridge that an unauthorized third party gained access to Cerner's systems.

4. On September 19, 2025, Cerner provided LifeBridge with a list of potential LifeBridge patients whose information may have been involved in Cerner's incident.

5. After receiving the list from Cerner, LifeBridge worked diligently to identify contact information for the individuals included on this list so LifeBridge could provide written notification to them, and on October 17, 2025, notices were mailed to those patients for whom LifeBridge could identify a mailing address.

6. I understand that an individual named Tracy Wright is a Named Plaintiff in the above-captioned litigation and alleged that she received treatment from LifeBridge. I also understand that Ms. Wright's attorney informed LifeBridge that Ms. Wright also went by the name Tracy L. Wells.

7. The list of patients provided by Cerner to LifeBridge did not include a patient with the name of either Tracy Wright or Tracy L. Wells.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 15th day of January 2026 at Owings Mills, Maryland.

/s/ Jennifer B. Cohen
Jennifer B. Cohen, Senior Associate General Counsel and Interim Privacy Officer