# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

IN RE: CERNER/ORACLE DATA
BREACH LITIGATION.

Case No. 25-00259-CV-W-BP

## **CERTIFICATE OF SERVICE**

Pursuant to Paragraph II.5 of the Order Governing Production of Documents and Electronically Stored Information (Dkt. No. 152), Plaintiffs hereby certify that on February 11, 2026, they served to the Defendant Cerner Corporation d/b/a Oracle Health and Hospital Defendants Baptist Health South Florida, Inc., Glens Falls Hospital and Albany Med Health System, Healthcare Provider Heartland Regional Medical Center d/b/a Mosaic Life Care, Inc., Tallahassee Memorial HealthCare, Inc., Healthcare Provider Defendant Union Health System, Inc. with Plaintiffs Gerri Woolard, Jason Evans, Heidi Holcomb, Rebecca Fox, German Rangel, James Taylor, Jill Carnahan, Paula Sheward, Marchelle Bell, Shannon Smith, Jerry Walker, Karen Adams, Alyson Lewis, Tracy Wright, Laura Tripp, Ronald Tripp, Christian Magliozzi, Lois Melvin, Karen Anne Morgan, Dillon Greeno, and Kimberly Delaney's ESI Disclosures.

Dated: February 11, 2026

Respectfully submitted,

*/s/ Thomas E. Loeser*
Thomas E. Loeser
**COTCHETT PITRE & MCCARTHY LLP**
1809 7th Avenue, Suite 1610
Seattle, WA 98101
Tel: (206) 802-1272
tloeser@cpmlegal.com

Tyler W. Hudson
**WAGSTAFF & CARTMELL**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Tel: (816) 701-1177
thudson@wcllp.com

Norman E. Siegel
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, MO 64113
Tel: (816) 714-7112
siegel@stuevesiegel.com

Lynn A. Toops
**COHENMALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Tel: (317) 636-6481
ltoops@cohenmalad.com

*Co-Lead Interim Class Counsel*