IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| IN RE: CERNER/ORACLE DATA BREACH LITIGATION | No. 25-00259-CV-W-BP<br><br>**UNOPPOSED MOTION FOR STAY OF PLEADINGS PENDING FILING OF SHORT FORM COMPLAINT AND STIPULATED BRIEFING SCHEDULE**<br><br>**FANCHER, et al. v. LAKE REGIONAL HEALTH SYSTEM, et al.** |

## UNOPPOSED MOTION FOR STAY OF PLEADINGS PENDING FILING OF SHORT FORM COMPLAINT AND STIPULATED BRIEFING SCHEDULE

Defendant, Lake Regional Health System ("Lake Regional") files this Unopposed Motion for Stay of Pleadings Pending Filing of Short Form Complaint and Stipulated Briefing Schedule, and state as follows:

1. Plaintiffs, Emily Fancher and Judith Ann Hosto ("Plaintiffs") filed their CAC on January 14, 2026, asserting claims on behalf of themselves and a putative class against Lake Regional and Co-Defendant, Cerner Corporation d/b/a Oracle Health, Inc. ("Co-Defendant"), arising out of an alleged data breach incident.

2. Lake Regional was served with Plaintiffs' CAC on January 20, 2026.

3. Therefore, Lake Regional's deadline to file a response to Plaintiffs' CAC is February 10, 2026.

4. The parties have agreed to stay proceedings in this matter through Plaintiffs' filing of their Short Form Complaint.

5. The stay shall be lifted once Plaintiffs file their Short Form Complaint.

6. Plaintiffs shall file their Short Form Complaint by March 3, 2026.

7. Lake Regional shall have up to 30 days, or until and through April 2, 2026, to respond to Plaintiffs' pleadings from the day Plaintiffs file their Short Form Complaint.

8. Plaintiffs shall have 14 days, or until and through April 16, 2026, to file any opposing suggestions to Lake Regional's supporting suggestions.

9. Lake Regional shall have 14 days, or until and through April 30, 2026, to file any reply suggestions to Plaintiffs' opposing suggestions.

10. The parties aver that this request is not made for the purposes of delay or prejudice but, rather, to promote judicial economy and to conserve the resources of the parties.

11. All parties consent to consolidation.

**WHEREFORE**, Lake Regional respectfully requests that this Court grant its Unopposed Motion for Stay of Pleadings Pending Filing of Short Form Complaint and Stipulated Briefing Schedule and enter the attached proposed Order.

Dated: February 20, 2026

                                                  Respectfully submitted,

                                                  */s/ Clayton T. Fielder*
                                                  Clayton T. Fielder, Esquire
                                                  Hennessy & Roach, P.C.
                                                  10801 Mastin St., Ste 120
                                                  Overland Park, KS 66210
                                                  Telephone: (913) 318-6361
                                                  cfielder@hennessyroach.com

Jill H. Fertel, Esquire*
Sarah K. Adams, Esquire*
CIPRIANI & WERNER, P.C.
Three Valley Square, Suite 305
512 E. Township Line Rd
Blue Bell, PA 19422
Telephone: (610) 567-0700
Facsimile: (610) 567-0712
jfertel@c-wlaw.com
sadams@c-wlaw.com
**Pro Hac Vice forthcoming*
*Counsel for Defendant*