**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| KAREN ADAMS,<br><br>Plaintiff,<br><br>v.<br><br>CERNER COPORATION, d/b/a ORACLE HEALTH and HEARTLAND REGIONAL MEDICAL CENTER d/b/a MOSAIC LIFE CARE,<br><br>Defendants. | ) | No. 25-00259-CV-W-BP |

**CLERK'S ORDER OF DISMISSAL**

On the 20th day of April, a Notice of Voluntary Dismissal of Plaintiff Karen Adams was filed herein,

IT IS ORDERED that Plaintiff Karen Adams's claims against Defendants Cerner Corporation, d/b/a Oracle Health, and Heartland Regional Medical Center, d/b/a Mosaic Life Care, in the above captioned action are DISMISSED without prejudice.

AT THE DIRECTION OF THE COURT

Paige Wymore-Wynn, Clerk of Court
**/s/ Karri Sandusky**
Deputy Clerk

Date: April 23, 2026