**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI**

IN RE: CERNER/ORACLE DATA BREACH
LITIGATION.

Related to: No. 26-00129-CV-W-BP

No. 25-00259-CV-W-BP

## <u>NOTICE IN RESPONSE TO ORDER TO SHOW CAUSE</u>

The undersigned counsel, Sabita J. Soneji, hereby submits this notice in response to the
Court's April 9, 2026 order to show cause why *Proctor v. Cerner Corporation* should not be
dismissed (ECF 262). Plaintiffs Tonique Proctor, J.S., J.P., and T.S are represented by Sabita J.
Soneji, who has been admitted pro hac vice to practice in the Western District of Missouri (ECF
268), and Hassan A. Zavareei filed a motion today to withdraw as counsel of record (ECF 291).

DATED: April 24, 2026     Respectfully submitted,

*/s/Sabita J. Soneji*
Sabita J. Soneji (admitted pro hac vice)
**TYCKO & ZAVAREEI LLP**
1970 Broadway, Suite 1070
Oakland, CA 94612
Telephone: (510) 254-6808
Facsimile: (202) 973-0950
ssoneji@tzlegal.com

*Counsel for Plaintiffs*

1

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that, on April 24, 2026, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon interested counsel via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/Sabita J. Soneji*
Sabita J. Soneji

2