# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: CERNER/ORACLE DATA BREACH LITIGATION | ) ) ) ) ) ) ) ) ) ) ) | Case No. 4:25-cv-00259-CV-W-BP<br><br>*SPIKES, ET AL. v. CERNER CORP. D/B/A ORACLE HEALTH, ET AL.* (Individual Case No. 4:26-00305-CV)<br><br>*DOSSETT v. CERNER CORP. D/B/A ORACLE HEALTH, ET AL.* (Individual Case No. 4:26-00334-CV) |

## JOINT MOTION TO STAY CASE DEADLINES

COME NOW Plaintiffs Stephanie Spikes, Christine Koehli, and Katherine Dossett ("Plaintiffs") and Defendants CHS/Community Health Systems, Inc. ("CHS") and CHS' subsidiary, Campbell County HMA, LLC d/b/a Tennova Healthcare – Lafollette Medical Center ("Tennova," and collectively with Plaintiffs and CHS, the "Parties"), by and through their undersigned counsel, and for their Joint Motion to Stay Case Deadlines, state as follows:

1. Plaintiffs Spikes and Koehli filed a Class Action Complaint on April 9, 2026, in the United States District Court for the Western District of Missouri, Case No. 4:26-00305-CV. On April 14, the Court consolidated Case No. 4:26-00305-CV into Case No. 4:25-00259-CV.

2. Plaintiff Katherine Dossett filed a Class Action Complaint on April 21, 2026, in the United States District Court for the Western District of Missouri, Case No. 4:26-00334-CV. On April 29, the Court consolidated Case No. 4:26-00334-CV into Case No. 4:25-00259-CV.

3. Plaintiff Dossett served CHS and Tennova in Individual Case No. 4:26-00334-CV on May 6, 2026, and CHS' responsive pleading deadline is May 27.

4. Plaintiffs Spikes and Koehli served CHS at its registered agent's address on April 21, 2026, at 4000 Meridian Boulevard, Franklin, TN 37067 in Case No. 4:26-00305-CV.

5. On September 16, 2025, the Court entered an Interim Scheduling Order (Doc. 59) contemplating a stay of responsive pleading deadlines for all Defendants not named in the Consolidated Complaint until a ruling on the pending Motions to Dismiss (Docs. 160, 162 & 203).

6. On May 22, 2026, counsel for the Parties conferred about scheduling issues via email, and consistent with the Court's Interim Scheduling Order (Doc. 59), the Parties have agreed to a stay of case deadlines in the above-referenced matters until the Court enters a ruling on the pending Motions to Dismiss.

WHEREFORE, consistent with the Interim Scheduling Order, the Parties hereby respectfully and jointly request that the Court enter an Order staying all case deadlines in the above-referenced matters until the Court rules on the pending Motions to Dismiss (Docs. 160, 162 & 203), and to enter such other and further relief as the Court may deem just and proper in the circumstances.

Dated: May 26, 2026

Respectfully submitted,

/s/*Barret J. Vahle*
Norman E. Siegel
Barrett J. Vahle
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel: (816) 714-7100
siegel@stuevesiegel.com
vahle@stuevesiegel.com

Tyler W. Hudson
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Tel: (816) 701-1177
thudson@wcllp.com

/s/ *Joy D. McMillen*
Joy D. McMillen
**LEWIS RICE LLC**
600 Washington Avenue
Suite 2500
St. Louis, Missouri 63101
Tel: (314) 444-7703
jmcmillen@lewisrice.com

Christopher G. Dean
Bryan W. Evans
**MCDONALD HOPKINS LLC**
600 Superior Avenue, East, Suite 2100
Cleveland, OH 44114
Tel: (216) 348-5400
cdean@mcdonaldhopkins.com
bevans@mcdonaldhopkins.com

*Attorneys for Defendants CHS/Community Health Systems, Inc. and Campbell County HMA, LLC d/b/a Tennova Healthcare – Lafollette Medical Center*

2

Lynn A. Toops
**COHENMALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Tel: (317) 636-6481
ltoops@cohenmalad.com

Thomas E. Loeser
**COTCHETT   PITRE   &   MCCARTHY
LLP**
1809 7th Avenue, Suite 1610
Seattle, WA 98101
Tel: (206) 802-1272
tloeser@cpmlegal.com

*Plaintiffs' Co-Lead Counsel*