**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION**

| | | |
|---|---|---|
| JERRY WALKER,<br><br>Plaintiff,<br><br>v.<br><br>CERNER COPORATION, d/b/a ORACLE HEALTH and HEARTLAND REGIONAL MEDICAL CENTER d/b/a MOSAIC LIFE CARE,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 25-00259-CV-W-BP |

**CLERK'S ORDER OF DISMISSAL**

On the 4th day of June, a Notice of Voluntary Dismissal of Jerry Walker was filed herein,

IT IS ORDERED that all claims by Jerry Walker and all claims against Sapphire Community Health, Inc. are DISMISSED without prejudice.

AT THE DIRECTION OF THE COURT

Paige Wymore-Wynn, Clerk of Court
**/s/ Karri Sandusky**
Deputy Clerk

Date: June 5, 2026