**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

IN RE: CERNER/ORACLE DATA BREACH   )   Case No. 25-cv-00259-CV-W-BP
LITIGATION                                    )

## <u>DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWERS TO PLAINTIFFS' AMENDED CONSOLIDATED COMPLAINT</u>

In accordance with Local Rule 16.3 and Rule 12(a)(4) of the Federal Rules of Civil Procedure, Defendants[1] respectfully move the Court to extend the deadline to answer the November 7, 2025 Consolidated Class Action Complaint (the "Consolidated Complaint") to August 20, 2026.

In support of this Unopposed Motion, Defendants state:

1. Plaintiffs filed the Consolidated Complaint on November 7, 2025 (Doc. 93).

2. The 157-page, 759-paragraph Consolidated Complaint named twenty-three individual Plaintiffs and asserted twenty-three state common law and statutory claims against Cerner and one or more of ten named healthcare providers on behalf of a nationwide class and various subclasses. Five Plaintiffs have since dismissed their claims, resulting in the dismissal of claims against two of the originally named healthcare provider defendants.

3. Pursuant to the Court's November 26, 2025, Interim Scheduling Order, "Defendants shall file Answers or Motions to Dismiss on or before January 16, 2026; Plaintiffs

---

[1] For purposes of this unopposed motion, "Defendants" refers to Cerner Corporation and the eight healthcare providers named in the Consolidated Complaint who remain parties to the litigation: (1) Albany Med Health System, (2) Arkansas Heart Hospital, LLC, (3) Baptist Health South Florida, Inc., (4) Glens Falls Hospital, (5) Heartland Regional Medical Center d/b/a Mosaic Life Care, Inc., (6) Pasadena Hospital Association, Ltd. d/b/a Huntington Hospital, (7) Tallahassee Memorial Healthcare, Inc., and (8) Union Health System, Inc.

shall respond on or before March 3, 2026; and Defendants shall reply on or before March 31, 2026." Dkt. 116.

4. On January 16, 2026, Defendants filed motions to dismiss the Consolidated Complaint and suggestions in support of those motions. Dkts. 160, 161, 162, 163. On March 3, 2026, Plaintiffs filed their oppositions to Defendants' motions to dismiss and suggestions in support of those oppositions. Dkts. 220, 221.

5. On June 22, 2026, the Court entered an Order granting in part and denying in part Defendants' Motions to Dismiss (Dkts. 160, 162). Dkt. 394. Pursuant to Rule 12(a)(4) of the Federal Rules of Civil Procedure, Defendants' answers with respect to the remaining claims are due on July 6, 2026.

6. Given the length of the Consolidated Complaint, the number of remaining claims, and the number allegations specific to individual Plaintiffs and Defendants, Defendants have determined they will reasonably require additional time to provide the Court with complete answers to the Consolidated Complaint.

7. The Parties have conferred regarding the requested extension of the deadline by which Defendants must serve their answers to the Consolidated Complaint. Plaintiffs have consented to the requested extension and do not oppose this motion. The requested extension to the answer deadline will not alter the pace of ongoing discovery.

WHEREFORE, Defendants, with consent of the Plaintiffs, respectfully ask the Court to grant this Unopposed Motion and enter an order extending the Defendants' deadline to answers to the Consolidated Complaint pursuant to Local Rule 16.3 and Rule 12(a)(4) of the Federal Rules of Civil Procedure as follows:

| | **Current** | **Requested** |
|---|---|---|
| Defendants' deadline to answer the Consolidated Complaint | July 6, 2026 | August 20, 2026 |

Dated: July 1, 2026                    Respectfully submitted,

/s/ *Alan Schoenfeld*
Alan Schoenfeld (*pro hac vice*)
Thomas Oates (*pro hac vice*)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 230-8800
alan.schoenfeld@wilmerhale.com
tom.oates@wilmerhale.com

Siddharth Velamoor (*pro hac vice*)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 663-6000
siddharth.velamoor@wilmerhale.com

Katherine Mackey (*pro hac vice*)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
katherine.mackey@wilmerhale.com

Patrick Fanning – MO Bar # 47615
LATHROP GPM LLP
2345 Grant Blvd., Suite 2200
Kansas City, MO 6418-2618

Tel: (816) 460-5416
patrick.fanning@lathropgpm.com

*Attorneys for Defendant Cerner Corporation*

/s/ *Elizabeth A. Scully*
Elizabeth A. Scully (admitted *pro hac vice*)
Gilbert S. Keteltas (admitted *pro hac vice*)
Carey S. Busen (admitted *pro hac vice*)
**BAKER & HOSTETLER LLP**
1050 Connecticut Avenue N.W., Suite 1100
Washington, DC 20036
Tel: (202) 861-1500
escully@bakerlaw.com
gketeltas@bakerlaw.com
cbusen@bakerlaw.com

Ambika B. Singhal (# 64724)
**BAKER & HOSTETLER LLP**
2850 North Harwood Street, Suite 1100
Dallas, TX 75201
Tel: (214) 210-1200
asinghal@bakerlaw.com

*Attorneys for Defendants Heartland Regional
Medical Center d/b/a Mosaic Life Care, Inc.,
Tallahassee Memorial Healthcare, Inc, Union
Health System, Inc., Pasadena Hospital
Association, Ltd. d/b/a Huntington Hospital, Albany
Med Health System, Glens Falls Hospital, and
Baptist Health South Florida, Inc.*

/s/ *Timothy J. Lowe*
Timothy J. Lowe
**McDONALD HOPKINS LLC**
39533 Woodward Ave., Suite 318
Bloomfield, MI 48304
Tel: (248) 646-5070
tlowe@mcdonaldhopkins.com

Joy D. McMillen
**LEWIS RICE LLC**
600 Washington Ave., Suite 2500
St. Louis, MO 63101

4

Tel: (314) 444-7703
jmcmillen@lewisrice.com

*Attorneys for Defendant Arkansas Heart Hospital,
LLC*

5

## CERTIFICATE OF SERVICE

I certify that on July 1, 2026, this document was electronically filed through the ECF system and will be sent electronically to all persons identified on the Notice of Electronic Filing.

*/s/ Alan Schoenfeld*

Alan Schoenfeld

6