# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| IN RE: CERNER/ORACLE DATA BREACH LITIGATION | CASE NO. 25-00259-CV-W-BP<br><br>THIS DOCUMENT RELATES TO:<br><br>CASE NO. 4:26-cv-00305-BP |

## DEFENDANT TAMPA GENERAL'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

Defendants Tampa General Hospital Hernando, LLC and Tampa General Hospital Citrus, LLC (together, "Tampa General") hereby move pursuant to Federal Rule of Civil Procedure 12(b)(2) to dismiss Plaintiffs Stephanie Spikes's and Christine Koehli's ("Plaintiffs") Class Action Complaint against Tampa General.

Tampa General's principal place of business is in Florida. It does not conduct business in Missouri, has no officers, employees, property, or agents in Missouri, and did not purposefully direct any relevant business activity toward Missouri. Moreover, Tampa General did not contract with Defendant Cerner Corporation d/b/a Oracle Health ("Cerner") for services. Because Tampa General does not have the requisite contacts with Missouri, this Court cannot exercise jurisdiction, and the claims against Tampa General should be dismissed.

1

Dated July 13, 2026                              Respectfully Submitted,


                                                 /s/ *Elizabeth A. Scully*
                                                 Elizabeth A. Scully*
                                                 Gilbert S. Keteltas*
                                                 Carey Schneeweiss Busen*
                                                 BAKER & HOSTETLER LLP 1050
                                                 Connecticut Ave. N.W., Ste. 1100
                                                 Washington, DC 20036
                                                 Tel: (202) 861-1500
                                                 escully@bakerlaw.com
                                                 gketeltas@bakerlaw.com
                                                 cbusen@bakerlaw.com

                                                 Ambika B. Singhal #64724 (MO)
                                                 BAKER & HOSTETLER LLP
                                                 2850 North Harwood Street
                                                 Suite 1100
                                                 Dallas, TX 75201
                                                 Tel: (214) 210-1200
                                                 asinghal@bakerlaw.com

                                                 *Attorneys for Defendants Tampa General
                                                 Hospital Hernando LLC and Tampa General
                                                 Hospital Citrus, LLC*

                                                 *Admitted Pro Hac Vice*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of July, 2026, the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

/s/ *Elizabeth A. Scully*
Elizabeth A. Scully

*Attorney for Defendants Tampa General Hospital Hernando, LLC and Tampa General Hospital Citrus, LLC*

3