**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | | |
|---|---|---|
| GERRI WOOLARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 25-00259-CV-W-BP |
| | ) | |
| CERNER COPORATION, d/b/a | ) | |
| ORACLE HEALTH and HEARTLAND | ) | |
| REGIONAL MEDICAL CENTER d/b/a | ) | |
| MOSAIC LIFE CARE, | ) | |
| | ) | |
| Defendants. | ) | |

**CLERK'S ORDER OF DISMISSAL**

On the 21th day of July, a Notice of Voluntary Dismissal of Gerri Woolard was filed herein,

IT IS ORDERED that Plaintiff Gerri Woolard's claims against Defendants Cerner Corporation, d/b/a Oracle Health, and Heartland Regional Medical Center, d/b/a Mosaic Life Care, in the above captioned action are DISMISSED without prejudice.

AT THE DIRECTION OF THE COURT

Paige Wymore-Wynn, Clerk of Court
**/s/ Karri Sandusky**
Deputy Clerk

Date: July 22, 2026