IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

IN RE: CERNER/ORACLE DATA BREACH LITIGATION. ) ) ) Case No. 25-00259-CV-W-BP

## ORDER SETTING DEADLINES

On August 14, 2026, the Court participated in a telephone conference with the parties. Following that discussion and a review of the parties' Joint Status Report and Proposed Schedule, (Doc. 418), the Court establishes the following deadlines:

| | |
|---|---|
| August 28, 2026 | Short Form Complaints for Presently Consolidated Plaintiffs and Defendants |
| August 31, 2026 | Substantial Completion of Cerner's Document Production in response to Requests for Production served as of the Court's July 7, 2026, Order |
| September 18, 2026 | Defendants' Answers to the Consolidated Complaint |
| September 28, 2026 | Defendants' Answers or Responses to Short Form Complaints for Presently Consolidated Plaintiffs and Defendants |
| October 26, 2026 | Plaintiffs' Oppositions to Motions to Dismiss filed by Defendants |
| November 13, 2026 | Quarterly Status Report Due[1] |
| November 16, 2026 | Defendants' Replies in Support of Motions to Dismiss |
| February 19, 2027 | Quarterly Status Report Due |
| April 30, 2027 | Fact Discovery Closes |

In addition, for any case consolidated with this one *after* the date of this Order, Short Form Complaints shall be filed 14 days after the Order consolidating the case is issued. Defendants shall have 28 days after the Short Form Complaint is filed to file an Answer or a Motion to Dismiss, Plaintiffs' opposition to any such Motion shall be due 28 days after that, and replies in support of the motion shall be filed 14 days after the oppositions are filed.

**IT IS SO ORDERED.**

/s/ Beth Phillips
BETH PHILLIPS, JUDGE
UNITED STATES DISTRICT COURT

Date: August 18, 2026

[1] The Court will schedule a telephone conference with the parties, if necessary, after it receives the Quarterly Status Report.