# EXHIBIT A

BON SECOURS CHARITY HEALTH SYSTEM
A member of the Westchester Medical Center Health Network

Return Mail Processing
PO Box 589
Claysburg, PA 16625-0589

February 6, 2026

P5233-L01-0089101 P004 T00209 ********SCH 5-DIGIT 10940
STEPHEN SCHLAUGIES

Dear Stephen Schlaugies:

Bon Secours Community Hospital, Good Samaritan Hospital, and St. Anthony Community Hospital (collectively "Bon Secours Charity Health System") are writing to inform you about a recent incident at our electronic health record ("EHR") software vendor, Cerner ("Cerner" or "the vendor"), that may have involved information about you. We want to provide you with information about the incident, steps we are taking in response, and steps you may take to guard against identity theft and fraud, should you feel it is appropriate to do so.

**WHAT HAPPENED**. On September 29, 2025, the vendor informed us that an unauthorized third party gained access to legacy Cerner systems as early as January 22, 2025, and obtained certain data. The vendor informed us that, upon learning of the incident, it initiated its critical incident response process, took steps to secure the impacted systems, began an investigation and engaged external cybersecurity specialists. The vendor also informed us that law enforcement investigators directed them to delay notifying hospital customers and patients about this incident because it could have impeded their investigation.

**WHAT INFORMATION WAS INVOLVED**. On December 10, 2025, the vendor provided us with a list of patients whose information may have been involved in this incident, following a complex data review and analysis. The information involved in this incident may have included your name and information included within patient medical records, such as medical record numbers, doctors, diagnoses, medicines, test results, images, care and treatment.

**WHAT WE ARE DOING**. We began investigating the incident in coordination with the vendor as soon as we learned of it and reported the incident to law enforcement. The security incident occurred at the vendor's IT systems. This incident did **not** involve any of our IT systems and did **not** cause any disruption to our clinical operations or our ability to provide patient care. We remain committed to upholding high standards of custodianship of patient information with our third-party vendors.

**WHAT YOU CAN DO**. Although we are not aware of any information involved in this incident being used for fraud or identity theft, we, along with the vendor, are offering complimentary access to Experian IdentityWorks[SM] Credit Plus 3B for 24 months. This product helps detect possible misuse of your personal information and provides identity protection services focused on identification and resolution of identity theft. IdentityWorks[SM] is completely free to you and enrolling in this program will not hurt your credit score. For more information on identity theft prevention and IdentityWorks[SM] Credit Plus 3B, including instructions on how to activate your complimentary membership, please see the additional information provided with this letter.

Please note that Identity Restoration is available to you for 24 months from the date of this letter and does not require any action on your part at this time. The Terms and Conditions for this offer are located at www.ExperianIDWorks.com/restoration. While identity restoration assistance is immediately available to you, we also encourage you to activate the fraud detection tools available through Experian IdentityWorks as a complimentary 24-month membership. This product provides you with superior identity detection and resolution of identity theft. See Appendix for additional details.

**FOR MORE INFORMATION.** If you have further questions or concerns, or would like an alternative to enrolling online, please call 833-931-7489 toll-free Monday through Friday from 8 am – 8 pm Central (excluding major U.S. holidays). Please be prepared to provide your engagement number B158945.

Sincerely,

**Bon Secours Charity Health System**

0089101