**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| IN RE: CERNER/ORACLE DATA BREACH LITIGATION | CASE NO. 25-00259-CV-W-BP<br><br>THIS DOCUMENT RELATES TO:<br><br>CASE NO. 4:26-cv-00305-BP |

**DECLARATION OF KIMBERLY CASTEEL IN SUPPORT OF DEFENDANT TAMPA GENERAL'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS AMENDED COMPLAINT FOR LACK OF PERSONAL JURISDICTION**

Pursuant to 28 U.S.C. § 1746, I, Kimberly Casteel, hereby declare as follows:

1. I am Director of Claims and Insurance for Florida Health Sciences Center, Inc., d/b/a Tampa General Hospital ("TGH"), the parent corporation of Defendants Tampa General Medical Group, Inc. ("TGMG"), Tampa General Hospital Hernando, LLC ("Hernando") and Tampa General Hospital Citrus, LLC ("Citrus," collectively, "Tampa General" or "Tampa General Defendants"). I make this Declaration in support of the Motion to Dismiss for Lack of Personal Jurisdiction filed by Tampa General in the above-captioned matter.

2. I have personal knowledge of the facts and information stated below, or have knowledge based on my review of records available to me as they are kept in the ordinary course of business, or information I obtained from employees on whom I regularly rely on in the ordinary course of business. If called upon to testify about the matters contained herein, I could and would competently do so.

3. Schedule 1.1(g) to the Asset Purchase Agreement ("APA") between TGH and Community Health Systems, Inc. ("CHS") contains a list of the contracts, commitments, leases, licenses and agreements conveyed to TGH at that time of purchase. Schedule 1.1(g)

does not identify any contracts with Defendant Cerner Corporation ("Cerner"). Nor did Tampa General assume any contracts between CHS and Cerner.

4. As part of the transition from CHS to Tampa General, CHS continued to provide information services, including management of data migration. The IT Transition Services Agreement referenced in the APA is an agreement between TGH and CHS addressing the migration of data, including CHS's hosted instance of Cerner, to Tampa General.

5. Likewise, the Business Associate Agreement referenced in the APA is an agreement between TGH and CHS.

6. After the acquisition, Tampa General did not utilize Cerner's EHR services and did not continue to send patient data to Cerner. Rather, both pre- and post- acquisition, Tampa General contracted with Epic for EHR services.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 4, 2026, in Tampa, Florida.

Kimberly Casteel

Kimberly Casteel