**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI**

IN RE: CERNER/ORACLE DATA BREACH LITIGATION. ) ) )

Case No. 25-00259-CV-W-BP

## ORDER GRANTING MOTION TO EXTEND PAGE LIMITS AND AMEND DEADLINES

The Motion to extend page limits and amend deadlines, (Doc. 512), is **GRANTED** and the Court **ORDERS** as follows:

1. Cerner Corporation ("Cerner") shall file a single Consolidated Motion to Dismiss directed to the recently filed Short Form Complaints on or before September 28, 2026.
2. Cerner's Suggestions in Support and Plaintiffs' Suggestions in Opposition may contain 30 pages of legal argument. Cerner's Reply Suggestions may contain 15 pages of legal argument.
3. Cerner shall have 21 days after the Court rules on the Motion to file Answers to all Short Form Complaints.

Neither the filing of the Motion to Dismiss nor this Order shall provide grounds for delaying discovery or declining to respond to discovery requests.

**IT IS SO ORDERED.**

/s/ Beth Phillips
BETH PHILLIPS, JUDGE
UNITED STATES DISTRICT COURT

Date: September 28, 2026