UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| IN RE: CERNER/ORACLE DATA BREACH LITIGATION | Case No. 25-cv-00259-W-BP |

**DEFENDANT HAMILTON MEDICAL CENTER, INC.'s**
**MOTION TO DISMISS PLAINTIFF'S SHORT FORM COMPLAINT**

Defendant Hamilton Medical Center, Inc. ("Hamilton") respectfully moves pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss Plaintiff Dora Peterson's ("Plaintiff") Short Form Complaint, ECF No. 466.

As grounds for this Motion, Hamilton states that Plaintiff fails to plead sufficient facts to state a claim under Georgia law for any of the causes of action asserted against Hamilton in the Short Form Complaint. Among other legal deficiencies, Plaintiff: (1) does not identify a duty of care owed by Hamilton to safeguard information held by a third-party vendor; (2) fails to identify a statutory basis for her negligence per se claim and cannot point to a concrete standard of care owed by Hamilton; (3) does not allege a meeting of the minds between Plaintiff and Hamilton regarding the security of information held by a third party; and (4) fails to articulate a basis under Georgia law for the fiduciary duty purportedly owed by Hamilton.

WHEREFORE, as set forth more fully in the Suggestions filed in support of this Motion, Hamilton respectfully requests that this Court dismiss Plaintiff's Short Form Complaint against Hamilton in its entirety pursuant to Federal Rule of Civil Procedure 12(b)(6) and any such other relief as the Court deems fit.

Respectfully submitted this 28th day of September, 2026.


*/s/ Donald M. Houser*
Kristine McAlister Brown
(admitted *pro hac vice*)
Donald M. Houser
(admitted *pro hac vice*)
Amanda N. Wellen
(admitted *pro hac vice*)
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309
Phone: (404) 881-7000
Fax: (404) 881-7777
kristy.brown@alston.com
donald.houser@alston.com
amanda.wellen@alston.com

*/s/ Andrea S. McMurtry*
Danne W. Webb MO # 39384
Andrea S. McMurtry MO #62495
Taylor P. Foye MO# 71527
**HORN AYLWARD & BANDY, LLC**
2600 Grand Boulevard, Suite 1100
Kansas City, Missouri 64108
Telephone: (816) 421-0700
Facsimile: (816) 421-0899
E-Mail: dwebb@hab-law.com
E-Mail: amcmurtry@hab-law.com
E-Mail: tfoye@hab-law.com

*Counsel for Hamilton Medical Center, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of the filing to all counsel of record.

This 28th day of September, 2026.

*/s/ Donald M. Houser*
Donald M. Houser