**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| IN RE: CERNER/ORACLE DATA BREACH LITIGATION | ) ) ) ) ) ) | Case No. 4:25-00259-CV-W-BP<br><br>This Document Relates to:<br>*Akiva Harris, on behalf of herself and others similarly situated v. Cerner Corp., et al.*, Case No. 4:26-CV-00228-BP |

**DEFENDANT UNIVERSITY MEDICAL CENTER, INC. d/b/a UNIVERSITY OF LOUISVILLE HOSPITAL'S MOTION FOR EXTENSION OF TIME**

Defendant University Medical Center, Inc. d/b/a University of Louisville Hospital ("UofL Health"), by and through undersigned counsel, respectfully moves for an extension of time, up to and including twenty-one (21) days following the disposition of UofL Health's pending Motion to Dismiss Counts II, VII, and the Kentucky Consumer Protection Act ("KCPA") claim of Plaintiff Akiva Harris' ("Plaintiff") Short Form Complaint (the "Motion to Dismiss"), to answer or otherwise plead in response to Counts I and IV. In support of this Motion, UofL Health states as follows:

1. Plaintiff filed her Class Action Complaint on March 18, 2026.

2. On March 23, 2026, the Court issued an Order consolidating Plaintiff's case into *In re: Cerner/Oracle Data Breach Litigation*, Case No. 4:25-00259-CV-W-BP. (Dkt. 234.)

3. UofL Health was served on April 24, 2026.

4. On June 22, 2026, the Court entered an Order Granting in Part and Denying in Part previously filed Motions to Dismiss. (Dkt. 394.)

5. On August 18, 2026, the Court entered an Order Setting Deadlines. (Dkt. 434.) Under that Order, Plaintiff's deadline to file her Short Form Complaint against UofL Health was August 28, 2026, and UofL Health's deadline to answer or otherwise respond to the Short Form Complaint was September 28, 2026. (*Id.*)

6. Concurrently with the filing of this Motion, UofL Health filed its Motion to Dismiss Plaintiff's Counts II, VII, and KCPA claim.

7. Pursuant to Federal Rule of Civil Procedure 12(a), UofL Health's deadline to answer or otherwise plead in response to Counts I and IV of the Short Form Complaint is stayed during the pendency of its Motion to Dismiss. *See, e.g., Ideal Instruments Inc. v. Rivard Instruments, Inc.*, 434 F. Supp. 2d 598, 639 (N.D. Iowa), *on reconsideration*, 434 F. Supp. 2d 640 (N.D. Iowa 2006) ("[T]his court . . . holds that a motion pursuant to Rule 12(b), even one that challenges less than all of the claims asserted in the complaint or other pleading, extends the time to answer as to all claims in the pleading.").

8. Nevertheless, in the interests of caution and clarity, UofL Health respectfully moves the Court for an Order extending its deadline to answer or otherwise plead in response to Counts I and IV until twenty-one (21) days after the disposition of UofL Health's Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(a)(4).

9. The requested extension of the responsive-pleading deadline will not delay or otherwise affect any other deadline in this matter.

10. The requested extension is sought to avoid "[t]he inefficiencies for both the parties and the court as well as the potential for confusion and unnecessary procedural convolutions posed by a 'dual-track' litigation" involving Plaintiff's Counts II, VII, and KCPA claim on the one hand, and Plaintiff's Counts I and IV, on the other. *See Ideal Instruments*, 434 F. Supp. 2d at 639.

WHEREFORE, UofL Health respectfully requests additional time, up to and including twenty-one (21) days following the disposition of UofL Health's pending Motion to Dismiss, within which to answer or otherwise plead in response to Counts I and IV of Plaintiff's Short Form Complaint.

Respectfully submitted,

**LEWIS RICE LLC**

Dated: September 28, 2026

By: */s/ Neal F. Perryman*
Neal F. Perryman, #43057
Michael L. Jente, #62980
Jared A. Gillen, #76621
600 Washington Avenue, Suite 2500
St. Louis, MO 63101
(314) 444-7661
(314) 612-7661 (facsimile)
nperryman@lewisrice.com
mjente@lewisrice.com
jgillen@lewisrice.com

*Attorneys for Defendant University Medical Center, Inc. d/b/a University of Louisville Hospital*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading was served via this Court's electronic filing system on this 28th day of September, 2026, on all counsel of record in this case.

/s/ *Neal F. Perryman*