**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | |
|---|---|
| IN RE: CERNER/ORACLE DATA BREACH LITIGATION | Case No. 25-00259-CV-W-BP |
| HERBERT TICE, and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br>CERNER CORPORATION d/b/a ORACLE HEALTH and ST. MARY'S HOSPITAL OF ST. MARY'S COUNTY,<br><br>Defendants. | This filing relates to lead case No. 4:25-cv-00259-W-BP, and to member case No. 4:25-cv-00965-BP |

**DEFENDANT ST. MARY'S HOSPITAL OF ST. MARY'S COUNTY'S MOTION TO DISMISS**

Defendant St. Mary's Hospital of St. Mary's County ("St. Mary's"), pursuant to Federal Rule of Civil Procedure 12(b)(6), moves to dismiss Plaintiff's Short Form Complaint for failure to state a claim upon which relief can be granted.

WHEREFORE, as set forth more fully in the Suggestions filed in support of this motion, St. Mary's respectfully requests this Court dismiss Plaintiff's Short Form Complaint in its entirety pursuant to Fed. R. Civ. P. 12(b)(6) and grant any other such relief as the Court deems fit.

Dated: September 28, 2026

Respectfully Submitted,

*/s/ Elizabeth A. Scully*
Elizabeth A. Scully (admitted *pro hac vice*)
Gilbert S. Keteltas (admitted *pro hac vice*)
Carey S. Busen (admitted *pro hac vice*)

**BAKER & HOSTETLER LLP**
1050 Connecticut Ave. N.W., Ste. 1100
Washington, DC 20036
Tel: (202) 861-1500
escully@bakerlaw.com
gketeltas@bakerlaw.com
cbusen@bakerlaw.com

Ambika B. Singhal #64724 (MO)
**BAKER & HOSTETLER LLP**
2850 North Harwood Street
Suite 1100
Dallas, TX 75201
Tel: (214) 210-1200
asinghal@bakerlaw.com

*Attorneys for Defendant St. Mary's Hospital of St. Mary's County, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of September, 2026, the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

*/s/ Elizabeth A. Scully*
*Attorney for Defendant St. Mary's Hospital of St. Mary's County, Inc.*