**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | |
|---|---|
| IN RE: CERNER/ORACLE DATA BREACH LITIGATION | Case No. 25-00259-CV-W-BP<br><br>**ORAL ARGUMENT REQUESTED** |

**DEFENDANT CERNER CORPORATION'S MOTION TO DISMISS**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Cerner Corporation moves this Court to dismiss the following claims without leave to amend:

| Claim | Plaintiff (Docket Number) |
|---|---|
| Unjust Enrichment | All Plaintiffs (Dkts. 450 to 469, 476, 479) |
| Invasion of Privacy | All Plaintiffs (Dkts. 450 to 469, 476, 479) |
| Declaratory Judgment | All Plaintiffs (Dkts. 450 to 469, 476, 479) |
| Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA") | Kyle Park (Dkt. 450)<br>Michele Papadopoulos (Dkt. 450)<br>Haley Long (Dkt. 451)<br>Sabrina Bedford (Dkt. 464)<br>Timothy Strouse (Dkt. 464)<br>Jacklyn Alicea-Maldonado (Dkt. 464) |
| Illinois Uniform Deceptive Trade Practices Act ("IUDTPA") | Kyle Park (Dkt. 450)<br>Michele Papadopoulos (Dkt. 450)<br>Haley Long (Dkt. 451)<br>Sabrina Bedford (Dkt. 464)<br>Timothy Strouse (Dkt. 464)<br>Jacklyn Alicea-Maldonado (Dkt. 464) |
| District of Columbia Consumer Protection Procedures Act ("DCCPPA") | J.S. (Dkt. 452)<br>J.P. (Dkt. 452)<br>T.S. (Dkt. 452) |
| Maryland Consumer Protection Act ("MCPA") | Lisa Addi (Dkt. 453)<br>Herbert Tice (Dkt. 457) |
| Tennessee Consumer Protection Act ("TCPA") | Delisa Shaffer (Dkt. 456) |
| Tennessee Identity Theft Deterrence Act ("TITDA") | Delisa Shaffer (Dkt. 456) |

| | |
|---|---|
| Texas Deceptive Trade Practices Act ("TDTPA") | Robert Bales (Dkt. 460)<br>E.P. (Dkt. 460)<br>S.P. (Dkt. 460)<br>C.P. (Dkt. 460)<br>W.P. (Dkt. 460) |
| Kentucky Consumer Protection Act ("KCPA") | Akiva Harris (Dkt. 462) |
| North Carolina Unfair and Deceptive Trade Practices Act ("NCUDTPA") | Jacqueline Smith (Dkt. 479) |
| North Carolina Identity Theft Protection Act ("NCITPA") | Jacqueline Smith (Dkt. 479) |
| Breach of Express Contract | Kyle Park (Dkt. 450)<br>Michele Papadopoulos (Dkt. 450)<br>J.S. (Dkt. 452)<br>J.P. (Dkt. 452)<br>T.S. (Dkt. 452)<br>Chase Stout (Dkt. 453)<br>Lisa Addi (Dkt. 453)<br>Alexander Long (Dkt. 455)<br>Jessica Upthegrove (Dkt. 455)<br>Delisa Shaffer (Dkt. 456)<br>Herbert Tice (Dkt. 457)<br>Akiva Harris (Dkt. 462)<br>Kellie House (Dkt. 463)<br>Charnica McLamore (Dkt. 463)<br>Raymon McLamore (Dkt. 463)<br>Camren McLamore (Dkt. 463)<br>Sabrina Bedford (Dkt. 464)<br>Timothy Strouse (Dkt. 464)<br>Jacklyn Alicea-Maldonado (Dkt. 464)<br>Carrington Tatum (Dkt. 464)<br>Mark Weibush (Dkt. 465)<br>Dora Peterson (Dkt. 466)<br>Stephanie Spikes (Dkt. 469)<br>Christine Koehli (Dkt. 469)<br>Katherine Dossett (Dkt. 469)<br>Terri Ufko (Dkt. 469)<br>Crystal Mullins (Dkt. 476)<br>Jacqueline Smith (Dkt. 479) |

This motion is based upon the accompanying Suggestions in Support of this Motion to Dismiss, as well as the Declaration of Alan Schoenfeld and exhibits thereto.

Dated: September 28, 2026

Respectfully submitted,


*/s/ Alan Schoenfeld*
Alan Schoenfeld (admitted *pro hac vice*)
Ryan Chabot (admitted *pro hac vice*)
Thomas Oates (admitted *pro hac vice*)
Cassandra Mitchell (admitted *pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
250 Greenwich Street
7 World Trade Center
New York, NY 10007
Tel.: (212) 937-7294
Fax: (212) 230-8888
alan.schoenfeld@wilmerhale.com
ryan.chabot@wilmerhale.com
tom.oates@wilmerhale.com
cassie.mitchell@wilmerhale.com

Katherine V. Mackey (admitted *pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel.: (617) 526-6993
Fax: (617) 526-5000
katherine.mackey@wilmerhale.com

Siddharth Velamoor (admitted *pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20036
Tel.: (202) 663-6000
Fax: (202) 663-6363
siddharth.velamoor@wilmerhale.com

Patrick Fanning – MO Bar # 47615
LATHROP GPM LLP
2345 Grand Blvd., Suite 2200
Kansas City, MO 64108-2618
Tel.: (816) 460-5416
patrick.fanning@lathropgpm.com

*Attorneys for Defendant Cerner Corporation*

## **CERTIFICATE OF SERVICE**

I certify that on September 28, 2026, this document was electronically filed through the ECF system and will be sent electronically to all persons identified on the Notice of Electronic Filing.

*/s/ Alan Schoenfeld*
Alan Schoenfeld