**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | |
|---|---|
| IN RE: CERNER/ORACLE DATA BREACH LITIGATION | Case No. 25-00259-CV-W-BP<br><br>**DECLARATION OF ALAN SCHOENFELD** |

I, Alan Schoenfeld, an attorney duly admitted to practice law in the State of New York, declare the following under penalty of perjury pursuant to 28 U.S.C. § 1746.

1. I am a partner at the firm of Wilmer Cutler Pickering Hale and Dorr LLP, which represents Defendant Cerner Corporation in this litigation. I submit this declaration in support of Cerner's Motion to Dismiss Certain Claims in Short-Form Complaints.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Second Amended and Restated Master Business Agreement between Ascension Health Resource and Supply Management Group, LLC, which governs Cerner's relationship with Ascension Health.

3. Attached hereto as **Exhibit B** is a true and correct copy of the Oracle Cloud Services Agreement with Children's National Medical Center, which governs Cerner's relationship with Children's National Hospital.

4. Attached hereto as **Exhibit C** is a true and correct copy of Cerner's Business Agreement and Business Associate Addendum with Christiana Care Health Services, Inc.

5. Attached hereto as **Exhibit D** is a true and correct copy of the Electronic Health Record System and Services Agreement By and Between Jupiter Medical Center and Cerner, which includes Cerner's Business Associate Agreement with Jupiter Medical Center, Inc.

6. Attached hereto as **Exhibit E** is a true and correct copy of Cerner's Business Associate Agreement, which governs Cerner's relationship with Methodist Le Bonheur Healthcare.

7. Attached hereto as **Exhibit F** is a true and correct copy of Amendment No. 17 to the Amended and Restated Cerner Business Agreement between Cerner and MedStar Health, which governs Cerner's relationship with St. Mary's Hospital of St. Mary's County, Inc.

8. Attached hereto as **Exhibit G** is a true and correct copy of Cerner's Business Associate Contract with University Medical Center, which governs Cerner's relationship with University Medical Center, Inc. d/b/a University of Louisville Hospital.

9. Attached hereto as **Exhibit H** is a true and correct copy of the Cerner Business Agreement between Medical University Hospital Authority and Cerner, which includes the Business Associate Agreement between Medical University Hospital Authority and Cerner, and which governs the relationship between Cerner and Medical University of South Carolina.

10. Attached hereto as **Exhibit I** is a true and correct copy of the Master Business Associate Agreement between Cerner and Adventist Health System Sunbelt Healthcare Corporation, which governs the relationship between Cerner and Adventist Health System/Sunbelt, Inc d/b/a AdventHealth.

11. Attached hereto as **Exhibit J** is a true and correct copy of the Business Associate Contract between Cerner and Aultman Health Foundation, which governs the relationship between Cerner and Aultman Health Foundation d/b/a Aultman Health System.

12. Attached hereto as **Exhibit K** is a true and correct copy of the Business Agreement between Cerner and Hamilton Health Care System, Inc., which includes the Business Associate

Agreement between Cerner and Hamilton Health Care System, Inc., and which governs the relationship between Cerner and Hamilton Medical Center Inc.

13. Attached hereto as **Exhibit L** is a true and correct copy of the Business Associate Agreement, which is Exhibit C to the Oracle Cloud Services Agreement between Oracle America, Inc. and CHSPSC, LLC, which governs the relationship between Cerner and CHS/Community Health Systems, Inc.

14. Attached hereto as **Exhibit M** is a true and correct copy of the HIPAA Business Associate Privacy, Security and HITECH Addendum between Cerner and The Health Care Authority of the City of Huntsville and Affiliated Clinical Entities, which governs the relationship between Cerner and The Health Care Authority of the City of Huntsville d/b/a Huntsville Hospital Health System

15. Attached hereto as **Exhibit N** is a true and correct copy of the Amended and Restated Cerner Business Agreement Between Advocate Health and Hospitals Corporation and Advocate Northside Network and Cerner Corporation, which governs the relationship between Cerner and Charlotte Mecklenburg Hospital Authority d/b/a Atrium Health, Advocate Health, Inc., Atrium Health, Inc., Advocate Aurora Health, Inc., and Navicent Health, Inc.

Dated: September 28, 2026
New York, New York

*/s/ Alan Schoenfeld*
Alan Schoenfeld