**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | |
|---|---|
| IN RE: CERNER/ORACLE DATA BREACH LITIGATION | ) Case No. 25-cv-00259-CV-W-BP |

**DEFENDANT CERNER CORPORATION'S**
**MOTION FOR LEAVE TO FILE UNDER SEAL**

Defendant Cerner Corporation hereby moves this Court for leave to file under seal certain business-associate agreements attached as exhibits to the Declaration of Alan Schoenfeld, dated September 28, 2026, filed in support of Cerner's motion to dismiss certain claims in the short-form complaints. This motion is based upon the accompanying Suggestions in Support of Defendant Cerner Corporation's Motion for Leave to File Under Seal.

Dated: September 28, 2026

Respectfully submitted,

*/s/ Alan Schoenfeld*

Alan Schoenfeld (admitted *pro hac vice*)
Ryan Chabot (admitted *pro hac vice*)
Thomas Oates (admitted *pro hac vice*)
Cassandra Mitchell (admitted *pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
250 Greenwich Street
7 World Trade Center
New York, NY 10007
Tel.: (212) 937-7294
Fax: (212) 230-8888
alan.schoenfeld@wilmerhale.com
ryan.chabot@wilmerhale.com
tom.oates@wilmerhale.com
cassie.mitchell@wilmerhale.com

Katherine V. Mackey (admitted *pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel.: (617) 526-6993

Fax: (617) 526-5000
katherine.mackey@wilmerhale.com

Siddharth Velamoor (admitted *pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20036
Tel.: (202) 663-6000
Fax: (202) 663-6363
siddharth.velamoor@wilmerhale.com

Patrick Fanning – MO Bar # 47615
LATHROP GPM LLP
2345 Grand Blvd., Suite 2200
Kansas City, MO 64108-2618
Tel.: (816) 460-5416
patrick.fanning@lathropgpm.com

*Attorneys for Defendant Cerner Corporation*

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 28, 2026, the foregoing was filed electronically with the Clerk of the Court to be served upon all counsel of record via the Court's Electronic Filing System.

/s/ *Alan Schoenfeld*
Alan Schoenfeld