**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | |
|---|---|
| IN RE: CERNER/ORACLE DATA BREACH LITIGATION<br><br>CRYSTAL MULLINS, on behalf of herself and all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br>CERNER CORPORATION D/B/A ORACLE HEALTH, THE HEALTH CARE AUTHORITY OF THE CITY OF HUNTSVILLE D/B/A HUNTSVILLE HOSPITAL HEALTH SYSTEM<br><br>*Defendants.* | CASE NO. 25-00259-CV-W-BP<br><br>This filing relates to lead case No. 4:25-cv-00259-BP, and to member case No. 4:26-cv-00691<br><br>CIVIL ACTION<br><br>CLASS ACTION<br><br>*Electronically Filed* |

**UNOPPOSED MOTION TO CLARIFY OR EXTEND DEADLINE TO RESPOND TO SHORT FORM COMPLAINT**

Defendant the Healthcare Authority of the City of Huntsville d/b/a Huntsville Hospital Health System, by and through undersigned counsel, submits this Unopposed Motion to Clarify or Extend Deadline to Respond to Short Form Complaint as follows:

1. This Consolidated Action has been pending since April 2025. During that time, numerous related actions have been consolidated, the Court has entered multiple case-management and scheduling orders, and the parties have briefed and litigated issues common to the consolidated proceedings. As a result, the litigation has developed a substantial procedural history that predates Huntsville Hospital Health System's involvement in the case.

2. On August 14, 2026, Plaintiff Crystal Mullins filed a Class Action Complaint in *Mullins v. Cerner Corporation d/b/a Oracle Health, et al.*, Case No. 4:26-cv-00691-BCW (W.D. Mo.) (the "Mullins Action"). In addition to Cerner Corporation d/b/a Oracle Health, the Mullins

Action named as a defendant the Healthcare Authority of the City of Huntsville d/b/a Huntsville Hospital Health System ("Huntsville Hospital Health System").

3. Huntsville Hospital Health System became involved in this litigation through the filing of the Mullins Action. Huntsville Hospital Health System has been reviewing the allegations asserted against it, the Court's prior orders and rulings, and the procedural history of the Consolidated Action in order to evaluate and prepare its response to Plaintiff's claims.

4. On September 23, 2026, Huntsville Hospital Health System executed a Waiver of Service in the Mullins Action. Pursuant to Fed. R. Civ. P. 4(d)(3), Huntsville Hospital Health System's responsive pleading is due sixty (60) days after the request for waiver was sent, or November 2, 2026. See Doc. 508.

5. On August 18, 2026, the Court entered an Order Setting Deadlines (Doc. 434), establishing that, for cases consolidated after entry of the Order, Short Form Complaints must be filed within fourteen days of consolidation and defendants must file a responsive pleading within twenty-eight (28) days after the filing of the Short Form Complaint.

6. On August 20, 2026, the Mullins Action was consolidated into the above-captioned matter (the "**Consolidated Action**") (Doc. 436). The consolidation order refers the parties to the Court's previous scheduling order (Doc. 434) for relevant deadlines.

7. On September 3, 2026, Plaintiff filed an Amended Short Form Complaint in the Consolidated Action (Doc. 476). Under the Court's Order Setting Deadlines, Huntsville Hospital Health System's response to that pleading arguably would be due twenty-eight (28) days after the filing of the Short Form Complaint, or October 1, 2026.

8. Accordingly, clarification is warranted regarding Huntsville Hospital Health System's deadline to answer or otherwise respond to the Short Form Complaint. Pursuant to Fed. R. Civ. P. 4(d)(3) and Rule 12(a)(1)(A)(ii), Huntsville Hospital Health System's responsive pleading deadline

is November 2, 2026, based on its waiver of service. Under the Court's Order Setting Deadlines, however, the response deadline may be construed as occurring earlier. Huntsville Hospital Health System therefore seeks clarification that the deadline established by its waiver of service controls or, alternatively, an extension through October 12, 2026.

9. Good cause exists for the requested relief. Huntsville Hospital Health System was recently added to a litigation that has been pending for more than a year. The requested extension will allow Huntsville Hospital Health System to complete its review of the pleadings, the Court's prior rulings, and the procedural history relevant to Plaintiff's claims before filing its responsive pleading.

10. The requested extension will not prejudice Plaintiff, who does not oppose this Motion, and will promote the efficient presentation of any responsive pleading or motion directed to the Short Form Complaint.

WHEREFORE, Defendant the Healthcare Authority of the City of Huntsville d/b/a Huntsville Hospital Health System respectfully requests that the Court clarify that its deadline to answer or otherwise respond to Plaintiff's Short Form Complaint is November 2, 2026, as contemplated by its Waiver of Service and Fed. R. Civ. P. 4(d)(3). Alternatively, if the Court determines that the deadline established by the Court's Order Setting Deadlines controls, Huntsville Hospital Health System requests a modest extension of time, up to and including October 12, 2026, within which to answer or otherwise respond to the Short Form Complaint. Huntsville Hospital Health System further requests such other and further relief as the Court deems just and proper.

This 30th day of September 2026

Respectfully Submitted,

/s/ Vincent E. Gunter

Vincent E. Gunter, MO #50343
GORDON REES SCULLY MANSUKHANI, LLP
11150 Ash Street, Suite 350

Leawood, KS 66211
Telephone: (816) 303-0815
Facsimile: (913) 945-1101
vgunter@grsm.com

Brian Middlebrook*
Joshua Hecker*
Shana D. Stuckey*
1 Battery Park Plaza, 28th Floor
New York, NY 10004
Telephone: (212) 269-5500
Facsimile: (212) 269-5505
bmiddlebrook@grsm.com
sstuckey@grsm.com

*Attorneys for Defendant Healthcare Authority of the City of Huntsville d/b/a Huntsville Hospital Health System*

*Pro hac vice forthcoming**

**CERTIFICATE OF SERVICE**

I hereby certify that on September 30, 2026 the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record.

/s/ Vincent E. Gunter
Vincent E. Gunter