**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | |
|---|---|
| IN RE: CERNER/ORACLE DATA BREACH LITIGATION | CASE NO. 25-CV-00259-BP |
| JACQUELINE SMITH, on behalf of herself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>CERNER CORPORATION d/b/a ORACLE HEALTH and THE CHARLOTTE-MECKLENBURG HOSPITAL AUTHORITY d/b/a ATRIUM HEALTH,<br><br>*Defendants*. | This filing relates to lead case No. 4:25-cv-00259-BP, and to member case No. 4:26-cv-00690<br><br>CIVIL ACTION<br><br>CLASS ACTION<br><br>*Electronically Filed* |

**DEFENDANT THE CHARLOTTE-MECKLENBURG HOSPITAL AUTHORITY d/b/a ATRIUM HEALTH'S PARTIAL MOTION TO DISMISS PLAINTIFF JACQUELINE SMITH'S AMENDED COMPLAINT**

Pursuant to Rule 12(b)(6), defendant The Charlotte-Mecklenburg Hospital Authority d/b/a Atrium Health ("CMHA") brings this partial motion to dismiss Plaintiff Jacqueline Smith's Amended Complaint, Doc. 479. CMHA moves to dismiss with prejudice Plaintiff's claims for negligence *per se*, unjust enrichment, invasion of privacy, declaratory judgment, violation of the North Carolina Identity Theft Protection Act, and violation of the North Carolina Unfair and Deceptive Trade Practices Act. CMHA incorporates by reference the arguments and authorities set forth in the accompanying Suggestions in Support of this Motion to Dismiss filed contemporaneously herewith.

WHEREFORE, CMHA respectfully requests dismissal of Plaintiff's claims for negligence *per se*, unjust enrichment, invasion of privacy, declaratory judgment, violation of the North

Carolina Identity Theft Protection Act, and violation of the North Carolina Unfair and Deceptive Trade Practices Act.

This the 19th day of October, 2026.

**SANDBERG PHOENIX & VON GONTARD P.C.**

By: /s/ Jared M. Cluck
Jared M. Cluck (Mo. Bar No. 70916)
4600 Madison Avenue, Suite 1000
Kansas City, Missouri 64112
Telephone: (816) 627-5332
Facsimile: (816) 627-5532
jcluck@sandbergphoenix.com

**ROBINSON, BRADSHAW & HINSON, P.A.**

Jonathan C. Krisko (admitted *pro hac vice*)
Patrick H. Hill (admitted *pro hac vice*)
600 South Tryon Street, Suite 2300
Charlotte, North Carolina 28202
Telephone: (704) 377-2536
Facsimile: (704) 378-4000
jkrisko@rbh.com
phill@rbh.com

Preetha L. Suresh (admitted *pro hac vice*)
434 Fayetteville Street, Suite 1600
Raleigh, North Carolina 27601
Telephone: (919) 239-2600
Facsimile: (919) 328-8791
psuresh@rbh.com

*Attorneys for Defendants The Charlotte-Mecklenburg Hospital Authority d/b/a Atrium Health*

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2026, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

*/s/ Jared M. Cluck*